**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Aftermaster, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Studio One Media, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **23-2517953** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | Principal place of business | Mailing address, if different from principal place of business |
| | | **6671 Sunset Blvd., suite 1520**<br>**Los Angeles, CA 90028**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | Location of principal assets, if different from principal place of business |
| | | | _____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.aftermaster.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Aftermaster, Inc.**
_____    Case number (if known) _____
         Name

**7.    Describe debtor's business**        A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check all that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Aftermaster, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■  No

☐  Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.  Insurance agency _____

Contact name _____

Phone _____

---

███  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**

.  *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Aftermaster, Inc.**                                          Case number (*if known*) _____
_____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _08 28 2020_
              MM / DD / YYYY

X _____          **Larry Ryckman**
  Signature of authorized representative of debtor    Printed name

Title   **CEO**
_____

**18. Signature of attorney**   X _____   Date   _8/28/2020_
                                  Signature of attorney for debtor                  MM / DD / YYYY

                                **Charles J. Brown, III**
                                Printed name

                                **Gellert Scali Busenkell & Brown, LLC**
                                Firm name

                                **1201 N. Orange Street**
                                **Suite 300**
                                **Wilmington, DE 19801**
                                Number, Street, City, State & ZIP Code

                                Contact phone   **302-425-5813**         Email address   **cbrown@gsbblaw.com**

                                **3368 DE**
                                Bar number and State

Fill in this information to identify the case:

Debtor name    **Aftermaster, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08 - 23 - 20    x _____
                                   Signature of individual signing on behalf of debtor

                                   **Larry Ryckman**
                                   Printed name

                                   **CEO**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re  **Aftermaster, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

8/28/2020

*Date*

Charles J. Brown, III
*Signature of Attorney*
**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**302-425-5813  Fax: 302-425-5814**
**cbrown@gsbblaw.com**
*Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name **Aftermaster, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Auctus Fund LLC 545 Boylston Street Boston, MA 02116** | | **All assets** | | $1,575,000.00 | $436,707.45 | $1,138,292.55 |
| **Auctus Fund LLC 545 Boylston Street Boston, MA 02116** | | **Promissory Note** | **Disputed** | | | $585,332.81 |
| **Bruce Pivic 1701 Decora Drive Rock Springs, WY 82901** | | **Promissory Note** | | | | $36,294.52 |
| **Carebourn Capital LLC 8700 Blackoaks Lane North Maple Grove, MN 55311** | | **Promissory Note** | **Disputed** | | | $593,928.89 |
| **Cheryl Hintzen 1819 E. Morten Ave Suite 180 Phoenix, AZ 85253** | | **Promissory Note** | **Disputed** | | | $175,893.89 |
| **Crossover Capital Fund, LLC I and II 3820 E. Mercer Way Mercer Island, WA 98040** | | **Promissory Note** | **Disputed** | | | $593,928.89 |
| **GS Capital Partners LLC 30 Broad Street, Suite 1201 New York, NY 10004** | | **Promissory Note** | **Disputed** | | | $149,096.64 |
| **Haynie & Company 1785 W. 2300 S.West Valley Salt Lake City, UT 84119** | | **Accounting fees** | | | | $130,605.72 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Aftermaster, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hover 17, LLC 917 South Main Street Suite 100 Longmont, CO 80501** | | **Promissory Note/Rent** | | | | $77,333.40 |
| **Infinity Power and Controls, LLC 1701 Decora Dr. Rock Springs, WY 82901** | | **Manufacturing** | **Disputed** | | | $414,077.00 |
| **Internal Revenue Service Department of the Treasury 941 P.O. Box 105083 Atlanta, GA 30348** | | | | | | $298,994.83 |
| **Ira Gaines 1819 Morten Avenue, Suite 180 Phoenix, AZ 85253** | | **Promissory Note** | **Disputed** | | | $1,020,807.18 |
| **JSJ Investments, Inc. 10830 North Central Expressway Suite 152 Dallas, TX 75231** | | **Promissory Note** | **Disputed** | | | $177,517.70 |
| **Mike and Ann Metzler 740 Sterling Drive Cheyenne, WY 82009** | | **Promissory Note** | | | | $194,602.74 |
| **Norton Rose Fulbright US LLP 2200 Ross Avenue Suite 3600 Dallas, TX 75201** | | **Legal fees** | | | | $61,878.00 |
| **Odyssey Capital Funding LLC 1249 Broadway Suite 103 Hewlett, NY 11557** | | **Promissory Note** | **Disputed** | | | $514,234.52 |
| **Red Clover Capital LLC 21218 St. Andrews Blvd. Suite 232 Boca Raton, FL 33433** | | **Promissory Notes** | **Disputed** | | | $81,879.18 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Aftermaster, Inc.** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State of California Employment Development Dept. PO BOX 989071 West Sacramento, CA 95798** | | | | | | **$50,993.17** |
| **Steelhouse Inc. 140 Scott Drive Menlo Park, CA 94025** | | **Website advertising** | | | | **$424,978.00** |
| **Weststar Multimedia Entertainment 6135 N. 7th Street Phoenix, AZ 85201** | | | | | | **$15,000.00** |

**Fill in this information to identify the case:**

Debtor name      **Aftermaster, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................................    $            0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................................................    $       436,707.45

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................................................................    $       436,707.45

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     1,575,000.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $       349,988.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$     5,275,750.08

4.  **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b

$     7,200,738.08

**Fill in this information to identify the case:**

Debtor name **Aftermaster, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1. | **Fortress Bank** | **Operating account** | **2021** | **$480.00** |
|---|---|---|---|---|

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                      **$480.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Quik Tek Assembly for Printed Circuit Boards** | **Unknown** |
|---|---|---|
| 7.2. | **Irell and Manella, Farjami and Farjami - legal service retainers** | **$26,938.00** |
| 7.3. | **Rent Deposits for Trio Management** | **$3,986.20** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Aftermaster, Inc.**                                   Case number *(If known)* _____
Name

| | | |
|---|---|---|
| 7.4. | **Rent Deposits for SJS Development** | $5,256.53 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                        $36,180.73
Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **3,000 Aftermaster Pro** **TV audio units** | | $308,101.70 | | $150,000.00 |

22.  **Other inventory or supplies**

23.  **Total of Part 5.**                                                       $150,000.00
Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Aftermaster, Inc.** | Case number *(If known)* | |
|--------|-----------------------|--------------------------|--|
| | Name | | |

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------|---------------------|---------------------|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment | $40,046.72 | | $40,046.72 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | |
|--|--|
| 43. **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $40,046.72 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------|---------------------|---------------------|---------------------|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Aftermaster, Inc.**                                    Case number *(If known)* _____
          Name

| of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | |
|---|---|---|---|
| 55.1.  **7825 E. Golding Dr. Suite 101, Scottsdale AZ 85260** | Office Tenant | $0.00 | $0.00 |

56.  **Total of Part 9.**                                                                    | $0.00 |
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**
     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Nine pattents, five trademarks** | $0.00 | | $100,000.00 |
| 61.  **Internet domain names and websites** **Four websites** | $154,541.00 | | $10,000.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**                                                                   | $110,000.00 |
     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Aftermaster, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Infinity Power and Controls, JSJ Investments, Quik Tek Assembly** | **Unknown** |
| | Nature of claim    **Various** | |
| | Amount requested            **$33,000,000.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Portable Studio Kiosks, mobile studio** | **$100,000.00** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$100,000.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Aftermaster, Inc.**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $480.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $36,180.73 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $150,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $40,046.72 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $110,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $436,707.45 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $436,707.45 |

# **List of Trademarks**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Aug 28 03:28:22 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP |

Logout *Please logout when you are done to release system resources allocated for you.*

Start List At: [　　　] OR Jump to record: [　　　]

**9 Records(s) found (This page: 1 ~ 9)**

Refine Search (aftermaster)[COMB]   Submit

Current Search: **S1: (aftermaster)[COMB] docs: 9 occ: 19**

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 88338068 | | AFTERMASTER | TSDR | LIVE |
| 2 | 88174963 | | AFTERMASTER SUPERBAR | TSDR | LIVE |
| 3 | 87010654 | | AM AFTERMASTER PRO | TSDR | LIVE |
| 4 | 86939064 | | AFTERMASTER PAD | TSDR | LIVE |
| 5 | 86830827 | | AFTERMASTER HDR | TSDR | DEAD |
| 6 | 86603965 | 5129667 | AFTERMASTER | TSDR | LIVE |
| 7 | 86823165 | | AFTERMASTER TV | TSDR | DEAD |
| 8 | 76708250 | 4188326 | AFTERMASTER HD AUDIO | TSDR | DEAD |
| 9 | 76703426 | 4125656 | AFTERMASTER | TSDR | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Fill in this information to identify the case:**

Debtor name    **Aftermaster, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | **Auctus Fund LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets** | $1,575,000.00 | $436,707.45 |
|---|---|---|---|---|

**545 Boylston Street**
**Boston, MA 02116**
Creditor's mailing address

Describe the lien
**UCC secured promissory note**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/06/2018**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,575,000.00 |
|---|---|---|

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Aftermaster, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Department of the Treasury**<br>**941**<br>**P.O. Box 105083**<br>**Atlanta, GA 30348**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$298,994.83** | **$298,994.83** |
| **2.2** Priority creditor's name and mailing address<br>**State of California**<br>**Employment Development Dept.**<br>**PO BOX 989071**<br>**West Sacramento, CA 95798**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$50,993.17** | **$50,993.17** |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Aftermaster, Inc. | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585,332.81 |
|-----|---|---|---|

**Auctus Fund LLC**
**545 Boylston Street**
**Boston, MA 02116**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,294.52 |
|-----|---|---|---|

**Bruce Pivic**
**1701 Decora Drive**
**Rock Springs, WY 82901**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $593,928.89 |
|-----|---|---|---|

**Carebourn Capital LLC**
**8700 Blackoaks Lane**
**North Maple Grove, MN 55311**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,893.89 |
|-----|---|---|---|

**Cheryl Hintzen**
**1819 E. Morten Ave Suite 180**
**Phoenix, AZ 85253**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $593,928.89 |
|-----|---|---|---|

**Crossover Capital Fund, LLC I and II**
**3820 E. Mercer Way**
**Mercer Island, WA 98040**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149,096.64 |
|-----|---|---|---|

**GS Capital Partners LLC**
**30 Broad Street, Suite 1201**
**New York, NY 10004**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,605.72 |
|-----|---|---|---|

**Haynie & Company**
**1785 W. 2300 S.West Valley**
**Salt Lake City, UT 84119**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Aftermaster, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,333.40 |
|---|---|---|---|

**Hover 17, LLC**
**917 South Main Street**
**Suite 100**
**Longmont, CO 80501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Promissory Note/Rent**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $414,077.00 |
|---|---|---|---|

**Infinity Power and Controls, LLC**
**1701 Decora Dr.**
**Rock Springs, WY 82901**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Manufacturing**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,020,807.18 |
|---|---|---|---|

**Ira Gaines**
**1819 Morten Avenue, Suite 180**
**Phoenix, AZ 85253**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177,517.70 |
|---|---|---|---|

**JSJ Investments, Inc.**
**10830 North Central Expressway**
**Suite 152**
**Dallas, TX 75231**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **4/4/2019, 6/24/2019**

**Basis for the claim:**  **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Michael D. Schwitz**
**924 Harbor Dr. South**
**Venice, FL 34285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194,602.74 |
|---|---|---|---|

**Mike and Ann Metzler**
**740 Sterling Drive**
**Cheyenne, WY 82009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,852.00 |
|---|---|---|---|

**Munsch Hardt PC**
**500 N. Akand Street**
**Suite 3800**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Legal fees**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Aftermaster, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,878.00 |
|---|---|---|---|

Norton Rose Fulbright US LLP
2200 Ross Avenue
Suite 3600
Dallas, TX 75201

Date(s) debt was incurred  2/2/2020-present

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514,234.52 |
|---|---|---|---|

Odyssey Capital Funding LLC
1249 Broadway
Suite 103
Hewlett, NY 11557

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,879.18 |
|---|---|---|---|

Red Clover Capital LLC
21218 St. Andrews Blvd.
Suite 232
Boca Raton, FL 33433

Date(s) debt was incurred  7/12/2019, 5/7/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Promissory Notes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424,978.00 |
|---|---|---|---|

Steelhouse Inc.
140 Scott Drive
Menlo Park, CA 94025

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Website advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,509.00 |
|---|---|---|---|

West Corporation
7143540 W. Madison
4th Floor
Chicago, IL 60661

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

Weststar Multimedia Entertainment
6135 N. 7th Street
Phoenix, AZ 85201

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

Debtor    **Aftermaster, Inc.**
_____
Name

Case number (if known) _____

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      349,988.00 |
| **5b. Total claims from Part 2** | 5b. + $      5,275,750.08 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $      5,625,738.08 |

**Fill in this information to identify the case:**

Debtor name **Aftermaster, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Office Lease**<br><br>State the term remaining — **Ends 4/30/2021**<br><br>List the contract number of any government contract | **Hover 17, LLC**<br>**917 South Main Street**<br>**Suite 100**<br>**Longmont, CO 80501** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Manufacturing greement**<br><br>State the term remaining — **Ends 9/27/2026**<br><br>List the contract number of any government contract | **Ritika Research Labs**<br>**Mumbai**<br>**India** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Revenue Agreement - Share in Gross Profits**<br><br>State the term remaining — **Expires 12/19/2030**<br><br>List the contract number of any government contract | **Sheldon Yakus**<br>**1778 Lantana Dr.**<br>**Minden, NV 89423** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Settlement Agreement, Share in Gross Profits**<br><br>State the term remaining — **Expires 12/1/2022**<br><br>List the contract number of any government contract | **Steelhouse, Inc.**<br>**3644 Eastham Dr.**<br>**Culver City, CA 90232** |

Debtor 1  **Aftermaster, Inc.**                                                          Case number (*if known*) _____
          First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | _____ | **Trio Management**<br>**12565 N. 91st Way**<br>**Scottsdale, AZ 85260** |

**Fill in this information to identify the case:**

Debtor name     **Aftermaster, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Aftermaster, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **7/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$83,597.98** |
   | **For prior year:** From  **7/01/2019** to  **6/30/2020** | ■ Operating a business<br>☐ Other  _____ | **$560,129.74** |
   | **For year before that:** From  **7/01/2018** to  **6/30/2019** | ■ Operating a business<br>☐ Other  _____ | **$976,322.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Aftermaster, Inc.**                                                  Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Larry Ryckman** **7780 E. Vaquero Dr.** **Scottsdale, AZ 85258** **Officer, Director, Shareholder** | | **$160,402.08** | **Salary, loan expense reimbursements** |
| 4.2. **Mark Depew** **1325 Deerbrooke Trail** **Cheyenne, WY 82009** **Officer, Director, Shareholder** | | **$86,496.51** | **Salary, loan expense reimbursements** |
| 4.3. **Mirella Chavez** **6323 W. Desert Hills Dr.** **Glendale, AZ 85304** **Officer, Director, Shareholder** | | **$61,202.41** | **Salary, Loan and expense reimbursements** |
| 4.4. **Arnold Weintraub** **6700 Ridgefield Circle Unit 203** **West Bloomfield, MI 48322** **Officer, Director and Shareholder** | | **$17,400.90** | **Patent, trademark legal expenses** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Aftermaster vs Infinity Power and Controls** **CV-05771-CJC FFM** | **Breach of contract, negligence, fraud** | **USDC Central District of California** **411 West Fourth Street** **Santa Ana, CA 92701** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor  **Aftermaster, Inc.**      Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Infinity Power and Controls vs. Aftermaster, Inc.**<br>CV2019-053231 | **Unpaid invoice** | **Superior Court of the State of Arizona** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **JSJ Investments vs. Aftermaster, Inc.**<br>DC-19-20517 | **Promissory notes** | **95th Civ. Dist. Crt. for Dallas County**<br>**600 Commerce Street**<br>**6th Floor New Tower**<br>**Dallas, TX 75202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Bradley Davis vs. Aftermaster, Inc.**<br>19STCV30757 | **Unpaid commissions** | **Superior Court of CA County of LA**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Aftermaster, Inc.**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLCo 1201 N. Orange St Suite 300 Wilmington, DE 19801** | | **8/28/2020** | **$10,000.00** |
| | **Email or website address rgellert@gsbblaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor    **Aftermaster, Inc.**                                             Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Warehouse** **8260 E. Gelding Dr., Suite 102** **Scottsdale, AZ 85260** | **Mirella Chavez, Larry Ryckman** **7780 E. Vaquero Dr.** **Scottsdale AZ 85260** | **Portable recording metal shells** | ☐ No ■ Yes |
| **Storage Unit** **5825 Santa Monica Blvd.** **Los Angeles, CA 90038** | **Mirella Chavez, John Lombarda** | **Misc. furniture** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Debtor | Aftermaster, Inc. | Case number *(if known)* | |
|---|---|---|---|

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Mirella Chavez 7825 E. Gelding Dr. Suite 101 Scottsdale, AZ 85260 | 2010 to present |
| 26a.2. | Haynie & Company 50 West Broadway Suite 500 Salt Lake City, UT 84123 | 2018 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Debtor    **Aftermaster, Inc.**                                    Case number *(if known)* _____

within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Brit Summerill**<br>**5251 S. Green Street Suite 350**<br>**Salt Lake City, UT 84123** | **2010 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Securities & Exchange Commission**<br>**100 F Street, NE**<br>**Washington, DC 20549** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Mirella Chavez** | **6/15/2020** | **40,046.72** |

| Name and address of the person who has possession of inventory records |
|---|
| **Mirella Chavez**<br>**7825 E. Gelding Dr. Suite 101**<br>**Scottsdale, AZ 85260** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Depew** | **1325 Deerbrooke Trail**<br>**Cheyenne, WY 82009** | **Senior Executive Vice President** | **13** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mirella Chavez** | **6323 W. Desert Hills Dr.**<br>**Glendale, AZ 85304** | **CFO** | **8** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Larry Ryckman** | **7780 E. Vaquero Dr.**<br>**Scottsdale, AZ 85258** | **CEO** | **7** |

Debtor  **Aftermaster, Inc.**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Arnold Weintraub** | **6700 Ridgefield Circle Unit 203 West Bloomfield, MI 48322** | **Director** | **4** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Larry Ryckman**<br>**7780 E. Vaquero Dr.**<br>**Scottsdale, AZ 85258** | **160,402.08** | **Last fiscal year** | **Salary and reimbursement** |
| | **Relationship to debtor**<br>**Director, Officer, Shareholder** | | | |
| 30.2. | **Mark Depew**<br>**1325 Deerbrooke Trail**<br>**Cheyenne, WY 82009** | **86,496.41** | **Last fiscal year** | **Salary and expense reimbursements** |
| | **Relationship to debtor**<br>**Director, Officer, Shareholder** | | | |
| 30.3. | **Mirella Chavez**<br>**6323 W. Desert Hills Dr.**<br>**Glendale, AZ 85304** | **61,202.41** | **Last fiscal year** | **Salary and reimbursements** |
| | **Relationship to debtor**<br>**Director, Officer, Shareholder** | | | |
| 30.4. | **Arnold Weintraub**<br>**6700 Ridgefield Circle Unit 203**<br>**West Bloomfield, MI 48322** | **17,400.90** | **Last fiscal year** | **Salary and reimbursements** |
| | **Relationship to debtor**<br>**Director, Officer,  Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Debtor    **Aftermaster, Inc.**                                    Case number *(if known)* _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____08 · 28 · 20____

_____          **Larry Ryckman** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**United States Bankruptcy Court**
**District of Delaware**

In re    __Aftermaster, Inc.__                                           Case No.                           

                                         Debtor(s)                Chapter      __11__

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    _08·28·20_                                     

Larry Ryckman/CEO
Signer/Title

AFTERMASTER, INC.
6671 SUNSET BLVD., SUITE 1520
LOS ANGELES, CA 90028

INFINITY POWER AND CONTROLS,
1701 DECORA DR.
ROCK SPRINGS, WY 82901

ELCRPTRA RESEARCH LABS
MUMBAI
INDIA

.

CHARLES J. BROWN, III
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DE 19801

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
941
P.O. BOX 105083
ATLANTA, GA 30348

SHELDON YAKUS
1778 LANTANA DR.
MINDEN, NV 89423

AUCTUS FUND LLC
545 BOYLSTON STREET
BOSTON, MA 02116

IRA GAINES
1819 MORTEN AVENUE, SUITE 180
PHOENIX, AZ 85253

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DE
PO BOX 989071
WEST SACRAMENTO, CA 95798

BRUCE PIVIC
1701 DECORA DRIVE
ROCK SPRINGS, WY 82901

JSJ INVESTMENTS, INC.
10830 NORTH CENTRAL EXPRESSWAY
SUITE 152
DALLAS, TX 75231

STEELHOUSE INC.
140 SCOTT DRIVE
MENLO PARK, CA 94025

CAREBOURN CAPITAL LLC
8700 BLACKOAKS LANE
NORTH MAPLE GROVE, MN 55311

MICHAEL D. SCHWITZ
924 HARBOR DR. SOUTH
VENICE, FL 34285

STEELHOUSE, INC.
3644 EASTHAM DR.
CULVER CITY, CA 90232

CHERYL HINTZEN
1819 E. MORTEN AVE SUITE 180
PHOENIX, AZ 85253

MIKE AND ANN METZLER
740 STERLING DRIVE
CHEYENNE, WY 82009

TRIO MANAGEMENT
12565 N. 91ST WAY
SCOTTSDALE, AZ 85260

CROSSOVER CAPITAL FUND, LLC I AND
3820 E. MERCER WAY
MERCER ISLAND, WA 98040

MUNSCH HARDT PC
500 N. AKAND STREET
SUITE 3800
DALLAS, TX 75201

WEST CORPORATION
7143540 W. MADISON
4TH FLOOR
CHICAGO, IL 60661

GS CAPITAL PARTNERS LLC
30 BROAD STREET, SUITE 1201
NEW YORK, NY 10004

NORTON ROSE FULBRIGHT US LLP
2200 ROSS AVENUE
SUITE 3600
DALLAS, TX 75201

WESTSTAR MULTIMEDIA ENTERT
6135 N. 7TH STREET
PHOENIX, AZ 85201

HAYNIE & COMPANY
1785 W. 2300 S.WEST VALLEY
SALT LAKE CITY, UT 84119

ODYSSEY CAPITAL FUNDING LLC
1249 BROADWAY
SUITE 103
HEWLETT, NY 11557

HOVER 17, LLC
917 SOUTH MAIN STREET
SUITE 100
LONGMONT, CO 80501

RED CLOVER CAPITAL LLC
21218 ST. ANDREWS BLVD.
SUITE 232
BOCA RATON, FL 33433

## United States Bankruptcy Court
### District of Delaware

In re   **Aftermaster, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Aftermaster, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

8/28/2020

Date

**Charles J. Brown, III**

Signature of Attorney or Litigant

Counsel for   **Aftermaster, Inc.**

**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**302-425-5813 Fax:302-425-5814**
**cbrown@gsbblaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Aftermaster, Inc.,[1] | Case No. 20-  (   ) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

In accordance with Rule 1007(a)(3) for filing int his Chapter 11 case, attached hereto as

Exhibit A is a list of the equity security holders of Debtor Aftermaster, Inc.

---

[1] The last four digits of the Debtor's federal tax identification number are 7953. The Debtor's service address for the purpose of this Chapter 11 case is: Aftermaster, Inc., Attn: Larry Ryckman, 6671 Sunset Blvd., Suite 1520, Los Angeles, CA 90028.

# **EXHIBIT A**

| Owner Name | Second Owner | Address 1 | Address 2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| 525 SOUTH DOUGLAS STREET LLC | | 525 S DOUGLAS ST | STE 200 | EL SEGUNDO | CA | 90245 | 103,140.00 |
| AARON RYCKMAN | | 4251 N MILLER ROAD | | SCOTTSDALE | AZ | 85260 | 160,462.00 |
| ABE ZWANY & | SUSAN S ZWANY JT TEN | 1208 N BEGRADE ST | | SILVER SPRING | MD | 20902 | 1.00 |
| ACTION STOCKS INC | | 990 HIGHLAND DRIVE SUITE 106 | | SOLANO BEACH | CA | 92075 | 6,667.00 |
| ADAM GINSBERG | | 11693 SAN VICENTE #518 | | LOS ANGELES | CA | 90049 | 150,000.00 |
| ALAN SCHAPKER | | 3660 W BETHANY HOME RD | | PHOENIX | AZ | 85019 | 12,500.00 |
| ALBERT LOPEZ | | 2887 E PALO VERDE CT | | GILBERT | AZ | 85296 | 8,333.00 |
| ALLEN PRINCE | | 800 SOUTH OCEAN BLVD # LPH5 | | BOCA RATON | FL | 33432 | 28.00 |
| ALPHI MANAGEMENT SERVICES INC | | 10 TOWN PLAZA  #105 | | DURANGO | CO | 81301 | 250,000.00 |
| AMALIA LIMITED | | 43 RES DES NOIRETTES | | | | 1211 | 66,667.00 |
| AMENDOLA COMMUNICATIONS | | 9280 E RAINTREE, SUITE C | | SCOTTSDALE | AZ | 85260 | 1,350.00 |
| AMY SILBER | | 35 WINDING CREEK LANE | | ROCHESTER | NY | 14625 | 1,000,000.00 |
| ANDREA DWORSHAK | | 20701 N SCOTTSDALE RD #107-235 | | SCOTTSDALE | AZ | 85255 | 1,000.00 |
| ANDREW ELLIS | | 523 SILVERTIP DR | | INCLINE VILLAGE | NV | 89451 | 13,000.00 |
| ANDREW REVOCABLE TRUST | DATED 05/04/1994 WILLIAM V ANDREW & PATRICIA R ANDREW AS TRUSTEES | 4189 W MILKY WAY | UNIT 3 | CHANDLER | AZ | 85226 | 1,320,000.00 |
| ANNA MADRID | | 15417 BECKER LANE | | SURPRISE | AZ | 85379 | 519,663.00 |
| ANNE MURREY LOVELL | | 4601 E FOOTHILL DR | | PARADISE VALLEY | AZ | 85253 | 13,000.00 |
| ANTHONY J LYDON LIVING TRUST | DTD 10/17/12 ANTHONY J LYNDON TTEE | 3131 E CAMELBACK RD STE 400 | | PHOENIX | AZ | 85016 | 400,000.00 |
| APPRENTECH LLC | | 13020 N 82ND ST | | SCOTTSDALE | AZ | 85260 | 400,001.00 |
| ARI BLITZ | | 5340 YARMOUTH AVE | APT #307 | ENCINO | CA | 91316 | 167,203.00 |
| ARK PROPERTIES LLC | | 30600 N PIMA RD #71 | | SCOTTSDALE | AZ | 85262 | 246,200.00 |
| ARNOLD S WEINTRAUB | | 24901 NORTHWESTERN HWY STE 311 | | SOUTHFIELD | MI | 48075 | 16,434,959.00 |
| ARTHUR G THOMPSON & MONICA A THOMPSON CREDIT SHELTER TRUST DTD 03/03/98 ARTHUR G THOMPSON & MONICA A THOMPSON TTEE | | 9540 GALAXIE CIRCLE | | PORT CHARLOTTE | FL | 33981 | 90,000.00 |
| ASHAR QURESHI | | 12 CARLTON HILL | LONDON | | | | 106,040.00 |
| ASHLEY CORIN POTTER TRUST | U/A 01/22/1999 KEVIN C POTTER TTEE | 826 HIDDEN CAVE ROAD | | MADISON | WI | 53717 | 20,000.00 |
| ASHLEY N BLEVINS | | 6440 SHAMEL DRIVE | | INDIANAPOLIS | IN | 46278 | 60,000.00 |
| AVATAR INVESTMENTS LLC | | 20539 N BEAR CANYON CT | | SURPRISE | AZ | 85387 | 11,663,239.00 |
| BARRY M GOLDWATER JR | | 3219 E. CAMELBACK RD., STE 552 | | PHOENIX | AZ | 85018 | 1,225,414.00 |
| BENGT WIMREN NRA | | 15011 PUNTA RASSA RD 801 | | FORT MYERS | FL | 33908-2741 | 11.00 |
| BERRY JOSEPH HELFAND | | 8937 OLIN ST | | LOS ANGELES | CA | 90034 | 2,000.00 |
| BESPOKE GROWTH PARTNERS INC | | 330 CLEMATIS STREET SUITE 217 | | WEST PALM BEACH | FL | 33401 | 8,268,349.00 |
| BLACKSTONE ENTERTAINMENT INC | | 188 E 78TH STREET | | NEW YORK | NY | 10075-0533 | 27,000.00 |
| BOHDAN RUDAWSKI | | 161 SOUTH US 12 | | FOX LAKE | IL | 60020 | 2,850,000.00 |
| BRADLEY D MOREHOUSE | | 2713 PLAINS STREET | | LARAMIE | WY | 82072 | 26,515.00 |
| BRADLEY DAVIS | | 8726 E VIA DE BELLEZA | | SCOTTSDALE | AZ | 85258 | 62,500.00 |
| BRENT BETTOLO | | 500 INDEPENDENCE CIR | | ROCKY SPRINGS | WY | 82901 | 83,333.00 |
| BRIAN KORBELIK | | 8880 E VIA LINDA #110 | | SCOTTSDALE | AZ | 85258 | 26,000.00 |
| BRIAN P LEE | | 2375 E CAMELBACK ROAD # 300 | | PHOENIX | AZ | 85016 | 168,000.00 |
| BROCK S LAUBHAN | | 881 S CORAL KEY AVE | | GILBERT | AZ | 85233 | 10,000.00 |
| BRUCE D SANDIG | | %DIMENSIONAL VISIONS | 2301 WEST DUNLAP AVENUE 207 | PHOENIX | AZ | 85021 | 19,598.00 |
| BRUCE RYAN | | 276 POST ROAD | | WEST WESTPORT | CT | 06880 | 5,000.00 |
| BRUCE SANDIG | | 5801 NORTH 14TH STREET | | PHOENIX | AZ | 85014 | 167.00 |
| BRUCE W PIVIC | | 321 JADE ST | | ROCK SPRINGS | WY | 82901 | 1,687,083.00 |
| BRUNSON CHANDLER & JONES PLLC | | 175 S MAIN STREET | SUITE 1410 | SALT LAKE CITY | UT | 84111 | 2,250,000.00 |
| BRYANT REVOCABLE TRUST DTD 09/17/12 | BRIAN JENKINS & DEE ANN BRYANT TTEE | 2950 CAMINO LAS PALMERAS | | SIERRA VISTA | AZ | 85650 | 53,333.00 |
| BURESH & ASSOCIATES LLC | | 9399 E ADOBE DRIVE | | SCOTTSDALE | AZ | 85255 | 176,161.00 |
| CABARIA CONSULTING LLC | | 8777 N GAINEY CENTER DR | SUITE 191 | SCOTTSDALE | AZ | 85258 | 15,000.00 |
| CALIN ENTERPRISES INC | | 1801 LAVACA ST | SUITE 108 | AUSTIN | TX | 78701 | 2,500,000.00 |
| CAM THOMAS | | 52 THOMAS RD | | UNDERWOOD | WA | 98651 | 100,000.00 |
| CARMELA M CIPOLLINA | | 4264 MUIRWOOD CIR | | RENO | NV | 89509 | 13,000.00 |
| CASEY/OSLER LP | | 23005 N 74TH STREET #4016 | | SCOTTSDALE | AZ | 85255 | 32,667.00 |
| CATHERINE BAKALAR | | 11564 W 146TH TER | | OLATHE | KS | 66062 | 37,501.00 |
| CEDE & CO (FAST ACCOUNT) | | PO BOX 20 | BOWLING GREEN STATION | NEW YORK | NY | 10004 | 298,017,445.00 |
| CHARLES H SIEGERDT | | 6N311 GARY AVE | | ROSELLE | IL | 60172 | 5,500,000.00 |
| CHARLES NAFZIGER | | 3233 S EMERY CIRCLE | | MESA | AZ | 85212 | 1,000.00 |
| CHARLES WAFER | | 5248 LA CRESCENTA | | RANCHO SANTA FE | CA | 92067 | 1,540.00 |
| CHERYL HINTZEN | | 1819 E. MORTEN AVE | PO BOX 2174 | PHOENIX | AZ | 85020 | 500,000.00 |
| CHRISTOPHER CHEN | & PATRICIA CHEN LIVING TRUST U/A/D 9/3/16 | 202 E JOAN D ARC AVENUE | SUITE 180 | PHOENIX | AZ | 85022 | 1,583,333.00 |
| CHRISTOPHER CONNELLY | | 3660 JULIE CT | | N TONAWANDA | NY | 14120 | 10,000,000.00 |
| CHRISTOPHER FORTE OR | SUSAN M FORTE | 3132 E HARWELL ROAD | | PHOENIX | AZ | 85042 | 60,000.00 |
| CHRISTOPHER J KOLODZIEJSKI | | 1640 COLD CANYON RD | | CALABASA | CA | 91302 | 50,000.00 |
| CHRISTOPHER J MORANO | | 10 BOULDER RD | | TENUFLY | NJ | 07670 | 145,654.00 |
| CHRISTOPHER T LANE | | 8310 MANCHESTER PARK DRIVE | | EAST AMHERST | NY | 14051 | 200,000.00 |
| CLAUDE E HARTMAN | | 28691 WESTILWYNDRIVE | | ELKHART | IN | 46516 | 1.00 |
| CLIFFORD L DAVIS | | 71 NE MULBERRY LOOP | | MINOT | ND | 58703 | 100,000.00 |
| CLINTON G HOGUE & | JULIE D HOGUE JT WROS | 2750 HEATHER ROAD | | GOLDEN | CO | 80401 | 20,000.00 |
| COLONIAL ROYALTY COMPANY 09, LLC | | 11413 WEST 104 ST | | OVERLAND PARK | KS | 66214 | 20,000.00 |
| COMMODORE CAPITAL PARTNERS LLC | | 12658 E LAUREL LANE | | SCOTTSDALE | AZ | 85259 | 20,000.00 |
| COMMONWEALTH OF MASSACHUSETTS UNCLAIMED PROPERTY | | ONE ASHBURTON PLACE, 12TH FLOOR | | BOSTON | MA | 02106-1608 | 16.00 |
| COMMONWEALTH OF PENNSYLVANIA | | BUREAU OF UNCLAIMED PROPERTY | P.O.BOX 1837 | HARRISBURG | PA | 17105-1837 | 13.00 |
| CONNOR SHEA | | 205 POWELL AVE | | OTTAWA | ON | K1S 2A4 | 50,000.00 |
| COR CLEARING | FBO STEVEN K PHELPS R/O IRA | 1299 FARNAM STREET | SUITE 800 | OMAHA | NE | 68102 | 20,000.00 |
| COR CLEARING | FBO BARRY FULLER R/O IRA | 1299 FARNAM STREET | SUITE 800 | OMAHA | NE | 68102 | 30,000.00 |
| CORA LEE PEARSON | | 12552 GARNET ST | | GARDEN GROVE | CA | 92845 | 1.00 |
| CORPORATE COUNCEL PARTNERS | | 150 E COLORADO BLVD | SUITE 211 | PASADENA | CA | 91105 | 2,400.00 |
| CRAIG CURTIN | | 8685 SHERIDAN DRIVE | | WILLIAMS VILLE | NY | 14221 | 214,286.00 |
| CROSS STREET PARTNERS INC | | 18851 N E 29TH AVE | STE 712 | AVENTURA | FL | 33180 | 7,500.00 |
| CROTTS REVOCABLE FAMILY TRUST | | 2136 E NICOLE AVE | | PHOENIX | AZ | 85020 | 2,635.00 |
| DAN LOWE | | 4204 N 18TH AVE | | PHOENIX | AZ | 85015 | 90,000.00 |

| Owner Name | Second Owner | Address 1 | Address 2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| DANIEL F WALEN | | 9550 E THUNDERBIRD RD #151 | | SCOTTSDALE | AZ | 85260 | 400,000.00 |
| DANIEL T PODOBINSKI | | 15806 CASHEL POINT LANE | | HOUSTON | TX | 77084 | 22,385.00 |
| DANIEL T PODOBINSKI & | EVELYN A PODOBINSKI JTWROS | 15806 CASHEL POINT LANE | | HOUSTON | TX | 77084 | 66,666.00 |
| DARELL MATTHEW JONES TRUST DTD 02/12/10 | DARELL MATTHEW JONES TTEE | PO BOX 68 | | SEDAN | KS | 67361 | 49,558,445.00 |
| DAVE S ALLEY | | 2927 CALIFORNIA ST | | OAKLAND | CA | 94602-2029 | 2.00 |
| DAVID A SALIMENO | | 11054 W COCO PLACE | | LITTLETON | CO | 80127 | 50,000.00 |
| DAVID AGUILAR | | 16800 SILVER STAR CT | | RIVERSIDE | CA | 92506 | 20,000.00 |
| DAVID AGUILAR & | DENISE M MILLER JTWROS | 16800 SILVER START CT | | RIVERSIDE | CA | 92506 | 110,000.00 |
| DAVID AGUILAR DENISE MILLER LIVING TR | TRUST DTD 05/10/12 DAVID AGUILAR & DENISE MILLER TTEE | 15806 SILVER START CT | | RIVERSIDE | CA | 92506 | 250,000.00 |
| DAVID HARRIS | | 250 FOXWOOD RD | | STAMFORD | CT | 06903 | 5,000.00 |
| DAVID J JONES & | DENNETT K JONES TR UA 04/23/98 JONES   FAMILY TRUST | 4018 E LAUREL ST | | MESA | AZ | 85215 | 525.00 |
| DAVID L FARRIS | | 5011 W. 147TH STREET | | LEAWOOD | KS | 66224 | 150,044.00 |
| DAVID L REYNOLDS | | 33 SILVER BIRD LANE | | CLINTON | CT | 06413 | 53,156.00 |
| DAVID M KRIEG TTEE | DTD 1/16/03 DAVID M KRIEG LIVING TRUST | 1539 E BRIARWOOD TER | | PHOENIX | AZ | 85048 | 8,333.00 |
| DAVID ORLOWSKI & | KIM ORLOWSKI JTROS | 8714 E SHARON DRIVE | | SCOTTSDALE | AZ | 85260 | 40,000.00 |
| DEBBIE J WILLIAMS | | 1955 ZINNIA ST | | GOLDEN | CO | 80401 | 20,000.00 |
| DEL NEAL WISLER | | 10506 FLAXEN MANOR COURT | | SPRING | TX | 77379 | 1,285,000.00 |
| DELAWARE CHARTER GUARANTEE AND | TRUST CO CUST FOR EWARD OLSEN IRA | PO BOX 8963 | | WILMINGTON | DE | 19899-8963 | 8,333.00 |
| DENNIS D POSTMA | | 2519 E JASMINE CIRCLE | | MESA | AZ | 85213 | 170,000.00 |
| DENNIS J CARLILE | | 7570 SOUTH 273RD EAST AVE | | BROKEN ARROW | OK | 74014 | 100,000.00 |
| DESMOND F SHEAHAN | | 6701 EAST SAN MIGUEL AVENUE | | PARADISE VALLEY | AZ | 85253 | 31.00 |
| DIMITRI TSIHLIS | | 110 CARRIAGE LANE | | CONTOOCOOK | NH | 03229 | 13,000.00 |
| DIRECTOR OF FINANCE | STATE OF HAWAII | PO BOX 150 | | HONOLULU | HI | 96810 | 2.00 |
| DONALD APOSHIAN JR | | 3045 WAGONMASTER RD | | PLACERVILLE | CA | 95667 | 1.00 |
| DONALD E DAVIS | | 15105 TRAILRIDGE RD | | CUMBERLAND | MD | 21502 | 4.00 |
| DONALD F HULL & | ANNETTE H HULL COMM PROP | 25445 ADOBE LN | | LOS ALTOS | CA | 94022 | 27.00 |
| DONALD F HULL TTEE | DONALD F HULL DDS MS INC DEFINED BENEFIT PLAN UTA DTD 1/21/79 | 99 3RD AVENUE | | LOS ALTOS | CA | 94022 | 40.00 |
| DONALD G STANISKAUS | | PO BOX | | CHANUTE | KS | 66720 | 57,143.00 |
| DONALD H WORDEN | | 1000 SMITH RIDGE RD | | BRIDGEPORT | NY | 13030 | 1.00 |
| DOROTHY MARLENE HULS | | 7850 E VIA COSTA | | SCOTTSDALE | AZ | 85258 | 100,000.00 |
| DOUGLAS HARTLEY | & JANET HARTLEY JTWROS | 4523 MT VERNON DR | | BRADENTON | FL | 34210 | 25,000.00 |
| DOUGLAS HENDRICKS | | 1104 S ASHBROOKE DR | | WEST CHESTER | PA | 19380 | 33.00 |
| DOUGLAS M CURTISS | | 80 JOHNSON'S POINT | | BRANFORD | CT | 06405 | 2,753,846.00 |
| DOUGLAS STAPLES | & LYNN STAPLES JT TEN | BOX 651 | WEST HWY 28 | STARBUCK | MN | 56381 | 1.00 |
| DWIGHT BECKER | | 78-735 LA PALMA | | LA QUINTA | CA | 92253-3896 | 2.00 |
| DYLAN MARKS | | 8720 E HIGHLAND AVE | | SCOTTSDALE | AZ | 85251 | 1,000.00 |
| EDWARD G HASS & | MARYANNE HASS TRUST STS 1/13/09 | 609 E HORSESHOE AVE | | GILBERT | AZ | 85296 | 102,959.00 |
| EDWIN S KANEMOTO | JANICE K KANEMOTO JTWROS | 1551 STARDANCE CIR | | LONGMONT | CO | 80504 | 1,000,000.00 |
| EQUITIES COM INC | | 5855 GREEN VALLEY CIRCLE | SUITE 101 | CULVER CITY | CA | 90230 | 40,697.00 |
| ER HERMAN & ESTELLE HERMAN LIVING | TRUST DTD 5/10/84 ELIOT AND MICHAEL | PO BOX 9816 | | RANCHO SANTA FE | CA | 92067 | 250,000.00 |
| ERNEST C KESSELL & | DORIS I KESSELL JT TEN | 41 MEMORIAL AVE | | CUMBERLAND | MD | 21502 | 7.00 |
| ERNIE GRAHAM OIL INC | | 601 SW FIRST | | CANBY | OR | 97013 | 1,412,117.00 |
| ERROL KAPLAN | | 16 MOONRAY | | IRVINE | CA | 92603 | 20,000.00 |
| EVJEN PROFIT SHARING PLAN | | 1314 E VOLTAIRE | | PHOENIX | AZ | 85022 | 417.00 |
| FLOYD A CUFF TR UA 08/12/84 | FBO THE FLOYD CUFF TRUST | 18 BELCREST | | LAGUNA NIGUEL | CA | 92677 | 21.00 |
| FRANK H NEWTON III | | 265 LAKE PARK DRIVE | | SHIRLEY | AR | 72153 | 1,000,000.00 |
| FRANK L SHRIVER | | 1873 S CARR STREET | | DENVER | CO | 80232 | 12,593,333.00 |
| FRANK M EVANS | | 7648 DANKS DRIVE | | EVERGREEN | CO | 80439 | 15,000.00 |
| FRANK M EVANS & | KATHLEEN A EVANS JTWROS | 7648 DANKS DRIVE | | EVERGREEN | CO | 80439 | 35,000.00 |
| FRED OZAWA & | SHARLEEN OZAWA JTROS | 1709 SEQUOIA DRIVE | | HENDERSON | NV | 89014 | 20,000.00 |
| FREDERIC W FIELD | | 10877 WILSHIRE BLVD STE 1800 | | LOS ANGELES | CA | 90024-4373 | 44,000.00 |
| FREDERICK M GLASS | | 4473 JETT ROAD NW | | ATLANTA | GA | 30327 | 67.00 |
| FUBAR INVESTMENTS, LLC | | 1119 WINCHESTER COVE | | VESTAVIA HILLS | AL | 35216 | 20,385.00 |
| FULLER TRUST DTD MARCH 3 2010 | BARRY FULLER AND KATHY FULLER TTEE'S | 6803 E MAIN STREET | # 6608 | SCOTTSDALE | AZ | 85251 | 250,000.00 |
| GARY GOLDSTEIN | | 2800 NEILSON WAY, #508 | | SANTA MONICA | CA | 90405 | 1,600.00 |
| GARY L BLOK | | 6817 W YALE AVE | | LAKEWOOD | CO | 80227 | 650,000.00 |
| GARY L DERSCHELD REVOCABLE TRUST | GARY L DERSCHELD TTEE V/A 09/27/2007 | 10656 E HONEY MESQUITE DR | | SCOTTSDALE | AZ | 85262 | 25,000.00 |
| GARY R BELZ | | %KIVA RECORDING STUDIOS | 4431 PETIT AVE | ENCINO | CA | 91436 | 1.00 |
| GARY W NEGICH | | 530 BEARFORK ST | UNIT 118 | LARAMIE | WY | 82072 | 16,668.00 |
| GERALD W ARNOLD TRUST | DTD 03-28-2006 TRUSTEE GERALD W ARNOLD | 1111 HORIZON DRIVE 210 | | GRAND JUNCTION | CO | 81506 | 270,000.00 |
| GERHARD BENDL | & ELISABETH BENDL | 1658 CAMINITO ASTERISCO | | LA JOLLA | CA | 92037 | 2.00 |
| GLEN E CROTTS | FAMILY REVOCABLE TRUST | 6209 N 22ND AVE | | PHOENIX | AZ | 85015 | 3,182.00 |
| GLEN E CROTTS TR | UA 11/05/85 THE CROTTS FAMILY REVOCABLE TRUST | 6209 N 22ND AVE | | PHOENIX | AZ | 85015 | 1,006.00 |
| GLENN APPELL TTEE | GLENN C APPELL TRUST | 7000 N 16TH ST., #120-459 | | PHOENIX | AZ | 85020 | 2,000.00 |
| GLENN BERKLEY | | PO BOX 5724 | | SCOTTSDALE | AZ | 85261 | 54,000.00 |
| GLENN E CROTTS TTEE OF THE GLEN E | CROTTS REVOCABLE TR DTD 11/5/1985 | 6209 N 22ND AVE | | PHOENIX | AZ | 85015 | 1,200.00 |
| GLENN J HERBOLSHEIMER | | 24869 1650 N AVE | | PRINCETON | IL | 61356 | 2,500,000.00 |
| GORDON L HOLTZINGER | | 8928 PALMELTO ROAD EXT | | EDISTO ISLAND | SC | 29438 | 187,503.00 |
| GREEN MARKETING LLC | | 12930 SOUTH SPRING | | LOS ANGELES | CA | 90061 | 11,603.00 |
| GREG J PAFFORD | | 57 E MONTEREY WAY | | PHOENIX | AZ | 85012 | 13,000.00 |
| GREGORY J MAHER | | 13020 N 82ND ST | | SCOTTSDALE | AZ | 85260 | 104,000.00 |
| GREGORY J POTTER | | 950 1ST AVE | | WISCONSIN RAPIDS | WI | 54495 | 1.00 |
| GREGORY J SKAPITS D.M.D. | PROFIT SHARING PLAN DTD 12/29/1989 | 1436 NORTH COUNTRY RD | | SAINT JAMES | NY | 11780 | 100,000.00 |
| HARRY L KEMBEL & | SHIRLEY A KEMBEL JTWROS | 5311 SYCAMORE ROAD | | CHEYENNE | WY | 82009 | 83,333.00 |
| HELEN CAPPUCCINO | | 5700 LEETE ROAD | | LOCKPORT | NY | 14094 | 300,000.00 |
| HOWARD E SCARLETT II | | 16465 W 54TH AVE | | GOLDEN | CO | 80403 | 100,000.00 |
| HOWARD GOLDIE & | RHODA GOLDIE JT TEN | 6200 WARNER DR | | LOS ANGELES | CA | 90048 | 1.00 |
| HUGH A FISH | | 1101 GLOLDLEAF LANE | | OKLAHOMA CITY | OK | 73131 | 100,000.00 |
| IAN LOVE MD | | 100 LAKESHORE DRIVE # 2154 | | NORTH PALM BEACH | FL | 33408 | 26,000.00 |

| Owner Name | Second Owner | Address 1 | Address 2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| IRA GAINES | | 7000 N 16TH ST | SUITE 503 | PHOENIX | AZ | 85020 | 5,370,004.00 |
| J B DIVERSIFIED FNCL CORP 401K | JOHN BOESEL TTEE FBO  JOHN BOESEL ROTH 401K | 7377 E DOUBLETREE RANCH RD #290 | | SCOTTSDALE | AZ | 85258 | 60,000.00 |
| J W RICH INVESTMENTS CO | JOE RICH TR FBO EMPLOYEES PENSION FUND 01/01/75 | 796 9TH ST | | SAN PEDRO | CA | 90731 | 7.00 |
| JAMES A FARRELL | | 5953 SWAYING PINE LANE | | MEMPHIS | TN | 38115 | 1.00 |
| JAMES A SMITH & | GLORIA SMITH JT TEN | 110 BLUEGRASS PKWY | | LEBANON | TN | 37087 | 1.00 |
| JAMES ALAN PATTERSON | | 2587 SW 45TH STREET | | CORVALLIS | OR | 97333 | 25,000.00 |
| JAMES C YARDLEY | | 229 MAPLE | | WILMETTE | IL | 60091 | 107,992.00 |
| JAMES ERCEG | | 10810 STOCKBRIDGE LANE | | MONTGOMERY | OH | 45249 | 1.00 |
| JAMES G BLACKBURN | | 15274 BURNABY DRIVE | | NAPLES | FL | 34110 | 83,333.00 |
| JAMES HALL & | JOAN HALL JT TEN | 979 WINFIELD COURT | | SIDNEY | OH | 45365 | 1.00 |
| JAMES M HOKE | | 5936 E QUARTZ MTN RD | | PARADISE VALLEY | AZ | 85253 | 8,333.00 |
| JAMES PAPPAS & | PATRICIA PAPPAS JT TEN | 13012 TAMARACK RD | | SILVER SPRING | MD | 20904 | 1.00 |
| JAMES R KEILENER | | 602 CHARLES STREET | | SUPERIOR | CO | 80027 | 50,000.00 |
| JAMES RINALDI | | 9756 COBBLESTONE DRIVE | | CLARENCE | NY | 14031 | 1,148,334.00 |
| JAMES V RAUH | | 6343 S QUEENSBURG COURT | | AURORA | CO | 80016 | 803,462.00 |
| JANICE DICKINSON | | C/O HIRSCH, WALLERSTEIN, ET AL | 10100 SANTA MONICA BLVD STE 170 | LOS ANGELES | CA | 90067 | 4,167.00 |
| JASMINE NICOLE SMITH | | 2601 190TH ST #B | | REDONDO BEACH | CA | 90278 | 500.00 |
| JASON M KOONIN | | 1 HUMMINGBIRD | | IRVINE | CA | 92604 | 20,000.00 |
| JAY R SCHNEIDER | | 2850 E CAMELBACK ROAD SUITE 180 | | PHOENIX | AZ | 85016 | 33,333.00 |
| JEFF PIVIC | | 2410 NW MULKEY AVENUE | | CORVALLIS | OR | 97330 | 83,333.00 |
| JEFFREY A GROSSMAN | | 35 ROCHELLE DR | | NEW CITY | NY | 10956 | 139,602.00 |
| JEFFREY LLOYD | | 1941 THAYER AVE | | LOS ANGELES | CA | 90024 | 1.00 |
| JENNIFER L MARSELLA | | 1926 E CAMELBACK RD | #645 | PHOENIX | AZ | 85016 | 500.00 |
| JENNIFER ROBINSON | | 15151 N FRANK LLOYD WRIGHT BLVD | UNIT #2075 | SCOTTSDALE | AZ | 85260 | 19,750.00 |
| JENNY L NORDWICK | | 2713 PLAINS STREET | | LARAMIE | WY | 82072 | 30,303.00 |
| JEREMIE MICHAEL VAUGHT & | PAMELA JOY VAUGHT JTWROS | 16108 E. FAIRVIEW ST | | GILBERT | AZ | 85295 | 500,000.00 |
| JILL RUTH PIVIC | | 301 INVERNESS WAS S #306 | | ENGLEWOOD | CO | 80112 | 83,333.00 |
| JOE C CASTRO TTEE | DTD 5/27/03 FBO JOE C CASTRO LIVING TRUST | 8045 W EMORY LANE | | PEORIA | AZ | 85383 | 5,000.00 |
| JOE GUIOT | & BETH GUIOT JTWROS | 30209 E ALLEN ROAD | | BUCKNER | MO | 64016 | 55,615.00 |
| JOE HRUDKA | | 7337 E IRONWOOD COURT | | SCOTTSDALE | AZ | 85258 | 67.00 |
| JOHN ARRILLAGA TTEE | OF JOHN ARRILLAGA SURVIVORS TR UTA DTD 7/20/77 | 2560 MISSION COLLEGE BLVD #101 | | SANTA CLARA | CA | 95054 | 1,234.00 |
| JOHN BOESEL | | 6233 N 75TH ST | | SCOTTSDALE | AZ | 85250 | 88,000.00 |
| JOHN C BARTH | & MARY J BARTH JTWROS | 5622 CEDAR PLACE | | PARKVILLE | MO | 64152 | 100,000.00 |
| JOHN C BINNS | | 102 SOUTH STREET #9 | | CARROLLTON | GA | 30117-3815 | 3.00 |
| JOHN C MCKINLEY | & KATHLEEN F MCKINLEY JTWROS | 8714 COWPOKE RD | | CHEYENNE | WY | 82009 | 1,203,333.00 |
| JOHN F RASOR | | 6038 E SUNNYSIDE DRIVE | | SCOTTSDALE | AZ | 85254 | 250,000.00 |
| JOHN FENDRICH | | 126 BERNARD DRIVE | | RED BARK | NJ | | 15,000.00 |
| JOHN J CONNELLY | | 8165 FLOSS LANE | | AMHERST | NY | 14051 | 11,000,000.00 |
| JOHN KINSTLER | | 26 HIDDEN HOLLOW TRAIL | | MADISON | WI | 53717 | 4,000.00 |
| JOHN LOMBARDO | | 1545 N LAS PALMAS AVE | APT 18 | LOS ANGELES | CA | 90028 | 47,055.00 |
| JOHN M HILLIS | | 400 RUSSELL PARK | | DAVIS | CA | 95616 | 1,827,851.00 |
| JOHN P PATTI JR | | 10 MEADOWBROOK DRIVE | | ELMA | NY | 14059 | 100,000.00 |
| JOHN SELBAK | | 11 HIGHWOOD CT | | AZUSA | CA | 91702 | 22,727.00 |
| JOHN T PALMER | | 7 PADANARAM RD | UNIT 202 | DANBURY | CT | 06811 | 7.00 |
| JOLYNN SPRADLIN | | 2124 WARUICK PLACE | | FT SMITH | AR | 72903 | 100,000.00 |
| JON R THORNE | | 5733  WEST IRONWOOD DR | | GLENDALE | AZ | 85302 | 250,000.00 |
| JONATHAN SIBONY | | 59 HEATH PLACE | | HAMPSTEAD | QC | H3X 3L6 | 1,000,000.00 |
| JOSEPH A PANELLA JR TTEE | PANELLA LIVING TRUST MAY 11, 2004 | 2029 SE OXTON DRIVE | | PORT ST LUCIE | FL | 34952 | 6,667.00 |
| JOSEPH MYERS | | 160 RAM DRIVE | | HANOVER | PA | 17331 | 106,148.00 |
| JOSEPH WILLIAM RICH | | 796 W 9TH ST | | SAN PEDRO | CA | 90731 | 2.00 |
| JRH TOS INVESTMENTS LLC | | 10307 ST JAMES PLACE | | MUNSTER | IN | 46321 | 33,333.00 |
| JUDITH PLATT WARTELS | | 136 GLEN EDDY DRIVE | | NISKAYUBA | NY | 12309 | 20.00 |
| KAREN CELAYA | | 6233 N 75TH STREET | | SCOTTSDALE | AZ | 85250 | 30,000,000.00 |
| KATHLEEN APOSHIAN | | 3045 WAGONMASTER RD | | PLACERVILLE | CA | 95667-8581 | 1.00 |
| KATHLEEN DAVIES | | 10714 CAMINITO CASCARA | | SAN DIEGO | CA | 92108 | 1.00 |
| KATHRYN RYAN | | 5337 E CALLE REDONDA | | PHOENIX | AZ | 85018 | 333,333.00 |
| KAYLA DEPEW | | 1325 DEERBROCKE TRAIL | | CHEYENNE | WY | 82009 | 80,000.00 |
| KEITH DENNER | | 201 SOUTH 5TH ST | STE 202 | AMES | IA | 50266 | 105.00 |
| KEITH J WARCHOL | | 440 JACARANDA DR | | CHULA VISTA | CA | 91910-5001 | 50,000.00 |
| KEITH V DENNER REVOCABLE TRUST | DTD 02/24/1994 KEITH V DENNER TTEE | 201 S 5TH ST #202 | | AMES | IA | 50010 | 100,000.00 |
| KELLY HILCOVE | | 8300 E VIA VENTURA | UNIT 1029 | SCOTTSDALE | AZ | 85258 | 25,000.00 |
| KENNETH PEARSEN | | 5142 ROCKLEDGE DRIVE | | CLARENCE | NY | 14031 | 50,000.00 |
| KENT A BARGHOLS | | 7217 OLIVER SMITH DR | | URBANDALE | IA | 50322 | 30,000.00 |
| KENT W CASEY | | 15034 N 54TH STREET | | SCOTTSDALE | AZ | 85254 | 44,000.00 |
| KEVIN BRENT HARVEY | | 7646 KESTER AVE | | VAN NUYS | CA | 91405 | 5,000.00 |
| KEVIN P BRUNSON | | 3043 TIFFANY LANE | | LOLTON | CA | 92324 | 4,225.00 |
| KEY ASSETS LLC | | PO BOX 675593 | | RANCHO SANTA FE | CA | 92067 | 50,000.00 |
| KFT LLP | | 6200 E HUNTRESS DR | | PARADISE VALLEY | AZ | 85253 | 25,000.00 |
| KINGDOM BUILDING INC | | 572 HIDDEN RIDGE CT | | ENCINITAS | CA | 92024 | 2,750,000.00 |
| KIRBY STANISKAUS | | PO BOX 682 | | CHANUTE | KS | 66720 | 57,143.00 |
| KIRK SHAW TTEE | DTD 5/6/98 OCOTILLO TRUST | 7707 E SANTA CATALINA DRIVE | | SCOTTSDALE | AZ | 85255 | 8,333.00 |
| KNAUSS FAMILY LLC | | 407 S DECISION PINE | | PAYSON | AZ | 85541 | 33,333.00 |
| KOLE T STREBEL | | 350 6TH AVE | | VENICE | CA | 90291 | 800,000.00 |
| KRISTOFER E HALVORSON | | 2102 ARROWHEAD DRIVE | | CHANDLER | AZ | 85224 | 37,500.00 |
| KULMAN IR LLC | | 18851 N E 29TH AVE | STE 700 | AVENTURA | FL | 33180 | 7,500.00 |
| KYLE A HULTQUIST | | 3337 EAST ONYX AVE | | PHOENIX | AZ | 85028 | 75,000.00 |
| KYLE DEPEW | | 1325 DEERBROOKE TRAIL | | CHEYENNE | WY | 82009 | 170,000.00 |
| KYLE HEFFERNAN | | 5025 N 68TH ST | | SCOTTSDALE | AZ | 85053 | 1,000.00 |
| LARRY BURESH | | 109 KREMER FALLS TRACE | | CANTON | GA | 30114 | 8,626.00 |

| Owner Name | Second Owner | Address 1 | Address 2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| LARRY COHEN | | PO BOX 681 | | GETZVILLE | NY | 14068 | 55,714.00 |
| LARRY D FRAHM | & LINDA F FRAHM JT TEN | 1342 HERTZ DR SE | | CEDAR RAPIDS | IA | 52403 | 9.00 |
| LARRY D MEEK | | 612 CENTRAL UNIT 503 | | KANSAS | MO | 64105 | 100,000.00 |
| LARRY F PHILLIPS | | C/OR VISTA STEEL CO | 6100 BOTELLO RD #A | GOLETA | CA | 93117 | 1,700,644.00 |
| LARRY L BURESH & | GEORGETTE L BURESH JTROS | 109 KREMER FALLS TRACE | | CANTON | GA | 30114 | 745,182.00 |
| LARRY MILMAN | | 4202 E BALSAM AVE | | MESA | AZ | 85206 | 10,286.00 |
| LAURA JOHNSON | | 17506 HOLYOKE COURT | | PARKER | CO | 80134 | 400,000.00 |
| LAUREN RYCKMAN | | 7780 VAQUERO DRIVE | | SCOTTSDALE | AZ | 85058 | 2,000.00 |
| LAWRENCE G OLSON | | 3045 SO 35TH AVE | | PHOENIX | AZ | 85009 | 100.00 |
| LAWRENCE G RYCKMAN | | 7780 E VAQUERO DRIVE | | SCOTTSDALE | AZ | 85258 | 16,441,227.00 |
| LAWRENCE NUDELMAN | | 2624 5TH STREET #2 | | SANTA MONICA | CA | 90405 | 11,100.00 |
| LAWRENCE SUCHAROW | | 13 BENEDEK RD | | PRINCORON | NJ | 08540 | 100,000.00 |
| LEE R JONES & PATTY SUE JONES LIVING | TRUST LEE R JONES & PATTY SUE JONES   TTEE  DTD 02/17/09 | 1020 N MONTGOMERY | | SEDAN | KS | 67361 | 346,230.00 |
| LEE S SCHWARTZ | | WM SCHWARTZ & CO | 108 N MILWAUKEE AVE | LIBERTYVILLE | IL | 60048 | 57,500.00 |
| LEON TAD DAVIS | | 21703 GRUNENFELDER RD. SW | | CENTRALIA | WA | 98531 | 157.00 |
| LEONARD MINTZ & | HENRY ZINGERMAN JT TEN TEN/WROS | 6701 BELAND ROAD | COTE ST LUC | | QC | H4V 1E6 | 50.00 |
| LESLIE H NEIDICH | | 45 RIVER DRIVE S APT 2714 | | JERSEY CITY | NJ | 07310 | 17,500.00 |
| LESLIE F OLSON | | PO BOX 16111 | | PHOEINX | AZ | 85011 | 116,667.00 |
| LEWIS M EDELSTEIN | % AMES METAL PRODUCTS | 9655 WOODS DRIVE APT 602 | | SKOKIE | IL | 60077 | 1.00 |
| LIONEL C MARTIN | | 18651 CLARK ST, #24 | | TARZANA | CA | 91356 | 4,000.00 |
| LOGAN KOSSEL | | 8786 WHITE CORAL WAY | | MIDDLETON | WI | 53562 | 2,000.00 |
| LORENZ A HITTEL | | 5249 NORTH 37TH PLACE | | PARADISE VALLEY | AZ | 85253 | 31.00 |
| LOVELL FAMILY TRUST TR | PHILIP LOVELL TTEE U/A DTD 03/12/2002 | 4601 E FOOTHILL DR | | PARADISE VALLEY | AZ | 85253 | 364,000.00 |
| LYNETTE F MOSS | | 2325 SELWYN AVE | | CHARLOTTE | NC | 28207 | 10,048,000.00 |
| M BRIAN ZELEK | | 8586 N 84TH PLACE | | SCOTTSDALE | AZ | 85258 | 40,000.00 |
| M KIRK BRIMHALL | & WENDY M BRIMHALL JTROS | PO BOX 977 | | SNOWFLAKE | AZ | 85937 | 20,000.00 |
| M KIRK BRIMHALL | | PO BOX 977 | | SNOWFLAKE | AZ | 85937 | 1,250,004.00 |
| MAGGIE M GROOMS | | 6192 CORONADO DRIVE | | CASPER | WY | 82609 | 100,000.00 |
| MAGNUS PRODUCTS LLC | | 7904 E CHAPARRAL RD | SUITE A110-490 | SCOTTSDALE | AZ | 85250 | 5,000.00 |
| MARC I ROSENTHAL | | 8685 SHERIDAN DRIVE | | WILLIAMS VILLE | NY | 14221 | 250,000.00 |
| MARK A CHESTER | | 9528 E VOLTAIRE DRIVE | | SCOTTSDALE | AZ | 85260 | 115,000.00 |
| MARK DEPEW | | 1325 DEERBROOKE TRL | | CHEYENNE | WY | 82009 | 15,057,523.00 |
| MARK DEPEW | & ANGIE DEPEW JTWROS | 1325 DEERBROOKE THI | | CHEYENNE | WY | 82009 | 1,761,592.00 |
| MARK FREEDMAN & | ELEANOR FREEDMAN JT TEN | 6711 N EDGEBROOK TERRACE | | CHICAGO | IL | 60646 | 1.00 |
| MARK PATTON | | 601 N GRANT | | CHASNUTE | KS | 66720 | 111,329.00 |
| MARK R JONES | & SUSAN C JONES JTWROS | 47 N. FAIR MANOR CIRCLE | | THE WOODLANDS | TX | 77382 | 100,000.00 |
| MARK R RANGITACH | | 2358 COUNCIL BLUFF | | CHEYENNE | WY | 82009 | 7,200.00 |
| MARK WARD | | 4538 E EXETER BLVD | | PHOENIX | AZ | 85018 | 363.00 |
| MARLIN D HARRIS | | 498 ROTONDA CIRCLE | | ROTONDA WEST | FL | 33947 | 40,000.00 |
| MARTIN G CROWE TR | UA 06/25/08 MARTIN G CROWE TRUST | 6633 BIG SKY TRL | | CHEYENNE | WY | 82009-2237 | 724,186.00 |
| MARTIN SANDERS & | LISA SANDERS TTEE DTD 6/2/01 SANDERS FAMILY TRUST | 9929 N 123RD ST | | SCOTTSDALE | AZ | 85259 | 8,333.00 |
| MARY HORTON | | 14900 63RD PLN | | MAPLE GROVE | MN | 55311 | 100,000.00 |
| MARY J GEER | | 919 CLARKELEN ROAD | | GILLETTE | WY | 82718 | 100,000.00 |
| MARY JO ELDER | | 113 SHAVANO DR, UNIT 210C | | GUNNISON | CO | 81230 | 1,000,000.00 |
| MARY M MCKALSON | | 2875 MORSEMAN AVE | LOT 121 | CHICO | CA | 95973 | 1.00 |
| MATTHEW R LONG | | 17197 N 54TH AVE | | GLENDALE | AZ | 85308 | 35,000.00 |
| MATTHEW S FINK | | 61 PINEWOOD DRIVE | | BRICK | NJ | 08724 | 250,000.00 |
| MATTHEW TODD BURESH | | 9399 E ADOBE DRIVE | | SCOTTSDALE | AZ | 85260 | 82,759.00 |
| MAVERYCK INVESTMENTS LLC | | 8777 N GAINEY CENTER DR STE 191 | | SCOTTSDALE | AZ | 85258 | 4,488,500.00 |
| MCKENZIE ELIZABETH POTTER TRUST | U/A DATED 08/27/98  RICHARD D WEYMOUTH TTEE | 826 HIDDEN CAVE ROAD | | MADISON | WI | 53717 | 20,000.00 |
| MERCEDES GROUP LTD | | 7850 E VIA COSTA | | SCOTTSDALE | AZ | 85258 | 100,000.00 |
| MICHAEL A FISHMAN | | 18 FRAMINGHAM LANE | | PITTSFORD | NY | 14534 | 16,666.00 |
| MICHAEL AANONSEN & | MARDEE RAE AANONSEN JT WROS | 2066 N 13TH STREET | | LARAMIE | WY | 82072 | 7,000.00 |
| MICHAEL BERRY | & VICKI BERRY JTWROS | 2206 REAGAN AVE | APT 101 | ROCK SPRINGS | WY | 82901 | 100,000.00 |
| MICHAEL CHEN | & LINDA CHEN JTWROS | 21259 HILLSIDE AVENUE | | FAIRVIEW PARK | OH | 44126 | 333,333.00 |
| MICHAEL COHEN | | 8927 CANDLEWOOD LANE | | CLARENCE CENTER | NY | 14032 | 24,286.00 |
| MICHAEL J EVANS & | KATHLEEN A EVANS JTWROS | PO BOX 363 | | CHESTERFIELD | MO | 63006-0363 | 166,667.00 |
| MICHAEL L JONES | | 234 ROAD 20 | | SEDAN | KS | 67361 | 16,363,595.00 |
| MICHAEL L JONES & | MICHELLE JONES JTWROS | 234 ROAD 20 | | SEDAN | KS | 67361 | 10,000.00 |
| MICHAEL OLSON | | 5935 E ARCADIA LANE | | PHOENIX | AZ | 85016 | 26,000.00 |
| MICHAEL P HUGHES | | 13 TAYLOR DRIVE | | WEST SENECA | NY | 14224 | 80,000.00 |
| MICHAEL SCHWITZ | | 924 HARBOR DR S | | VENICE | FL | 34285 | 1,500,000.00 |
| MICHAEL SHAPIRO | | 4922 LAKE MANDOLA DRIVE | | MADISON | WI | 53705 | 209.00 |
| MICHAEL SILBER | | 96 PELHAM RD | | ROCHESTER | NY | 14610 | 16,217,742.00 |
| MICHAEL SILBER & | NANCY BERG JTROS | 96 PELHAM RD | | ROCHESTER | NY | 14610 | 71,128.00 |
| MICHELE SEAMONS | | 10249 NORTH 79TH ST | | SCOTTSDALE | AZ | 85258 | 25,000.00 |
| MICHELLE L MITCHELL | | 3465 SKYLINE BLVD | | RENO | NV | 85509 | 40,000.00 |
| MICHELLE R JONES | | 3698 BREAKSTONE DRIVE | | FAYETTEVILLE | AR | 72764 | 621,094.00 |
| MIKE A METZLER | | 3941 W 15TH STREE, UNIT C | | CHEYENNE | WY | 82007 | 125,000.00 |
| MIKE A METZLER & | ANN M METZLER JT WROS | 740 STERLING DRIVE | | CHEYENNE | WY | 82009 | 52,500.00 |
| MIKE GOLDEN | | 1525 22ND ST APT 27 | | SACRAMENTO | CA | 95816 | 30.00 |
| MINNESOTA DEPARTMENT OF COMMERCE | | UNCLAIMED PROPERTY PROGRAM | 85 7TH PL, EAST STE 500 | ST PAUL | MN | 55101 | 200.00 |
| MISSISSIPPI, OFFICE OF THE STATE TREASURER | | UNCLAIMED PROPERTY DIVISION | PO BOX 138 | JACKSON | MS | 39205 | 8.00 |
| MITCHELL NUSBAUM | | 700 CROSSROADS BLDG 2 | STATE STREET | ROCHESTER | NY | 14614 | 70,000.00 |
| MITCHIE'S MATCHING'S HOLDINGS | | 1625 CHABANEL STREET WEST | SUITE 916 | MONTREAL QC | H4N 2S | | 5,200,000.00 |
| MLPF CUSTODIAN | | 14 MORAINE POINT | | VICTOR | NY | 14564 | 100,000.00 |
| MOOSE TRUST DTD 12/04/2007 | FBO JAMES PRONTI | 5418 CAMINO SANDIA NE | | ALBUQUERQUE | NM | 87111 | 32,500.00 |
| | DONNA MANOGUE TTEE | | | | | | |
| MUNIB BARBAR | | 9663 SANTA MONICA BLVD #600 | | BEVERLY HILLS | CA | 90210 | 4,100.00 |
| MZHCI LLC | | 5055 AVENIDA ENCINAS | SUITE 130 | CARLSBAD | CA | 92008 | 1,000,000.00 |

| Owner Name | Second Owner | Address 1 | Address 2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| NAISMITH MEMORIAL BASKETBALL | HALL OF FAME INC | 1000 HALL OF FAME AVENUE | | SPRINGFIELD | MA | 01105 | 100,000.00 |
| NANCY C CAPEL | | PO BOX 676 | | TROY | NC | 27371 | 1.00 |
| NANCY GWEN CROTTS | | 6209 N 22ND AVE | | PHOENIX | AZ | 85015 | 660.00 |
| NATHAN DEE CARTWRIGHT | | PO BOX 16174 | | ENCINO | CA | 91416 | 48,571.00 |
| NEAL A RINNE | | 327 W GLENEAGLES DR | | PHOENIX | AZ | 85023 | 25,000.00 |
| NEIL WARGO | | 8147 E CAROL WAY | | SCOTTSDALE | AZ | 85260 | 5,380.00 |
| NEVILLE S COHEN | | 419 PUEBLO ST | | ENCINITAS | CA | 92024-2162 | 2.00 |
| NEW JERSEY UNCLAIMED PROPERTY | | NJ DEPARTMENT OF TREASURY | PO BOX 214 | TRENTON | NJ | 08625 | 37.00 |
| NICHOLAS JAMES COONCE | | 2619 EVANS AVE | | CHEYENNE | WY | 82001 | 10,000.00 |
| NICHOLAS M SIMAK | | 10418 EAST MORNINGSTAR DRIVE | | SCOTTSDALE | AZ | 85255 | 84.00 |
| NOAL NOVARRO & JILL E NOVARRO | FAMILY TRUST DTD 04/26/1989 | NOEL NOVARRO TTEE | 6853 E CUARENTA COURT | PARADISE VALLEY | AZ | 85253 | 35,100.00 |
| NORA JANELLE MOREHOUSE | | 2713 PLAINS STREET | | LARAMIE | WY | 82072 | 26,515.00 |
| NORMAN HAMILTON | | PO BOX 10852 | | CASA GRANDE | AZ | 85230 | 10,000.00 |
| NORMAN WILLIAMS & | YUKIE WILLIAMS JT TEN | 20 WINDMILL DRIVE | | CLEMENTON | NJ | 08021 | 208.00 |
| NVISION ENTERPRISES LLC | | 6323 W DESERT HILLS DR | | GLENDALE | AZ | 85304 | 1,010,868.00 |
| OHIO DEPARTMENT OF COMMERCE | | DIVISION OF UNCLAIMED FUNDS | 77 SOUTH HIGH STREET, 20TH FLOO | COLUMBUS | OH | 43215-6108 | 577.00 |
| OLSON PRECAST | COMPANY INC | 2750 MARION DR | | LAS VEGAS | NV | 89115 | 52,000.00 |
| OWEN FAMILY LIVING TRUST | BEN G OWEN & FAY OWEN TR/UA | 96 PADRE LANE | | VICTORIA | TX | 77905 | 34.00 |
| PATRICK MCEVOY | | 2244 N RACINE AVE | | CHICAGO | IL | 60614 | 80,000.00 |
| PAUL C COOK | | 1116 RIVERSIDE DR | | OWOSSO | MI | 48867 | 874,195.00 |
| PAUL FISHER | ACCOUNT # X84573170 | 1136 WOOSTER STREET APT # 30B | | LOS ANGELES | CA | 90035 | 76,251.00 |
| PAUL J BUCK & | SHELLY M BUCK  JTWROS | 844 HWY 99 | | SEDAN | KS | 67361 | 16,296,903.00 |
| PAUL OCHOA & | THERESA OCHOA | 12429 TIERRA ENCINO DR | | EL PASO | TX | 79938 | 1,000.00 |
| PAUL WOLFF | | 507 WILLOW LANE | | BUELTON | CA | 93427 | 100,000.00 |
| PENNY R CLINE | | 11054 W COCO PLACE | | LITTLETON | CO | 80127 | 50,000.00 |
| PETER L ELDRIDGE & | GAIL L ELDRIDGE JT TEN | 13151 BRADLEY AVE | | SYLMAR | CA | 91342 | 1.00 |
| PETER MICHAEL BRUNO & | NINA ANN BRUNO TR 12/21/90 | 24641 S CEDARCREST DR | | SUN LAKES | AZ | 85248-7656 | 34.00 |
| PHILIP D MCGINN | | 5112 LAUREL CANYON #210 | | VALLEY VILLAGE | CA | 91607 | 1,000.00 |
| PHILIP J KAMBEITZ | & CLARA KAMBEITZ JT TEN | 106 SEMINOLE AVE | | BISMARCK | ND | 58501 | 9.00 |
| PHILIP WYATT | | 4242 OAKWOOD AVE | | LA CANADA | CA | 91011 | 100,000.00 |
| PHYLL A SPERLING | | 46840 RUSSELL RD | SUITE 63 | CHILLIWACK | BC | V2R 5Z1 | 6,667.00 |
| PRESTON J SHEA | | 3104 E CAMELBACK RD, SUITE 427 | | PHOENIX | AZ | 85016 | 300,913.00 |
| QUORUM IT LLC | | 13020 N 82ND STREET | | SCOTTSDALE | AZ | 85260 | 115,830.00 |
| R JERRY FALKNER | | 401 SEENIE RIDGE DR | | SPICEWOOD | TX | 78669 | 330,130.00 |
| R SCOTT MORRISON JR 2004 IRREVOCABLE | TRUST PREMIER TRUST INC TRUSTEE | 4465 S JONES BOULEVARD | | LAS VEGAS | NV | 89103 | 53,700.00 |
| REINICKER FAMILY | LIMITED PARTNERSHIP | 2432 INDIANA PLACE | | LOVELAND | CO | 80538 | 30,000.00 |
| RENEE EILEEN DAVIS REVOCABLE TR DTD | 2/26/99 RENEE EILEEN DAVIS & THOMAS L DAVIS TTEE | 919 CLARKELEN ROAD | | GILLETTE | WY | 82718 | 266,667.00 |
| RICHARD BROWN LIGHTING DESIGN INC | | 151 N VICTORY BLVD | L-191 | BURBANK | CA | 91502 | 7,231.00 |
| RICHARD D KERR | | 4100 BROOKSIDE LANE | | ROSWELL | GA | 30076 | 26,000.00 |
| RICHARD T PEERY TTEE | UAD 7/20/77 | 2560 MISSION COLLEGE BLVD | SUITE 101 | SANTA CLARA | CA | 95054 | 1,501.00 |
| RICHARD W MACARTHUR | | 657 PARKWAY DRIVE | | NORTH SALT LAKE | UT | 84054 | 83,333.00 |
| RICHARD WOJTUSIAK | | 4725A GREENTREE VILLA CIRCLE | | BOYNTON BEACH | FL | 33436 | 22.00 |
| ROBERT D ROMANIN SLB FLEX PROFIT | SHARING PLAN FBO ROBERT D ROMANIN TTEE | 3817 N JOKAKE DR | | SCOTTSDALE | AZ | 85251 | 41,600.00 |
| ROBERT G WILDBERGER | | 2032 NW MARSH RABBIT LANE | | JENSEN BEACH | FL | 34957 | 300,000.00 |
| ROBERT H SHAPIRO | | 12867 E SUMMIT DRIVE | | SCOTTSDALE | AZ | 85259 | 12,000.00 |
| ROBERT I KARLSBERG | | 165 STELTON RD | | PISCATAWAY | NJ | 08854 | 67.00 |
| ROBERT KITE | | 4600 E PEBBLE RIDGE | | PARADISE VALLEY | AZ | 85253 | 128,136.00 |
| ROBERT P SIBILLA | & LINDA S SIBILLA JTROS | 20635 N 16TH WAY | | PHOENIX | AZ | 85024 | 6,667.00 |
| ROBERT RYAN TTEE | U/A DTD 2/2/2002 RYAN TRUST | 8114 E CACTUS RD | #230 | SCOTTSDALE | AZ | 85260 | 33,333.00 |
| ROBERT SPAETH | | 13417 GULF LN | | MADREIRA BEACH | FL | 33708 | 50.00 |
| ROBERT TODD LINTON | | 2042 W. WILLOW LAKES | | SPRINGFIELD | MO | 65810 | 62,132.00 |
| ROBERT W CHRISTENSEN | | BOX 91459 | | PORTLAND | OR | 97291 | 5.00 |
| ROBERT W JOHNSON & | WINIFRED R JOHNSTON COMM PROP | 9120 LOS LAGOS CIRCLE SO | | GRANITE BAY | CA | 95746 | 67.00 |
| ROCIO M REBOLLOZO | | 6323 W DESERT HILLS DRIVE | | GLENDALE | AZ | 85304 | 61,031,855.00 |
| ROGER MORRISON | | 210 GREENWAY RD | | SALINA | KS | 67401 | 880,658.00 |
| ROGER MOSSISON | | 210 GREENWAY RD | | SALINA | KS | 67401 | 1,500,000.00 |
| RONALD D LEVY | | 855 SANDERLING DRIVE | | INDIALANTIC | FL | 32903 | 12,500.00 |
| RONALD D ROSSO | | 10547 WEST MAPLE DR UNIT A | | LITTLETON | CO | 80127 | 160,000.00 |
| RP CAPITAL LLC | | ATTN: ERICK RICHARDSON MURDOCK PLA | 10900 WILSHIRE BLVD STE 500 | LOS ANGELES | CA | 90024 | 5,001.00 |
| RUSSELL NEWTON | | 238 PONUS RIDGE | | NEW CANAAN | CT | 06840 | 5,000.00 |
| RUSSELL ROWAN FENTON | | 442 GLENBROOK SPG | | NEW LONDON | NC | 28127 | 10,000,000.00 |
| RYAN ANDREW POTTER TRUST | U/A 01/22/1999  KEVIN C POTTER TTEE | 826 HIDDEN CAVE ROAD | | MADISON | WI | 53717 | 20,000.00 |
| RYAN RANU JORDAN | | 125 S RIDGELEY DR | | LOS ANGELES | CA | 90019 | 500.00 |
| RYAN V ORLOWSKI | | 1940 E CAMELBACK RD STE 204 | | PHOENIX | AZ | 85016 | 60,000.00 |
| SABIO VILORIA | | 548 E CORTER ROAD | | PHOENIX | AZ | 85042 | 10,000.00 |
| SAMMY ROSE TRUST DTD 11/07/2005 | BARBARA HUNGATE TRUST | 11709 VERSALLIES AVE | | ALBUQUERQUE | NM | 87111 | 32,500.00 |
| SAMUEL BRENNAN POTTER TRUST | U/A 08/27/98  RICHARD D WEYMOUTH TTEE | 826 HIDDEN CAVE ROAD | | MADISON | WI | 53717 | 20,000.00 |
| SAMUEL R HUMPHREYS | | 214 TUCKAHOE COVE | | MEMPHIS | TN | 38117 | 88,461.00 |
| SANDY PULLEY | | 901 RED RIVER ST # 1319 | | AUSTIN | TX | 78701 | 90,000.00 |
| SCOTT A GOULD & | KATHERINE M GOULD JTROS | 5316 E ROYALVIEW DRIVE SOUTH | | PHOENIX | AZ | 85018 | 8,333.00 |
| SCOTT SHANE | | 2301 N MARGARET | | TUCSON | AZ | 85716 | 221,000.00 |
| SCOTT WARD | | 240 SOUTH PINEVIEW PLACE | | CHANDLER | AZ | 85225 | 167.00 |
| SDS INVESTMENTS CONCEPTS LLC | | 5400 CHENONCEAU BLVD APT 610 | | LITTLE ROCK | AR | 72223 | 2,000,000.00 |
| SEAN R RYAN | | 1425 E PINTO CT | | GILBERT | AZ | 85298 | 333,333.00 |
| SEAN ROBERT RYAN TRUST | DTD 3/15/07 TRUSTEE SEAN R RYAN | 1425 E PINTO CT | | GILBERT | AZ | 85296 | 1,000,000.00 |
| SHAUN P MACKIN | | 1231 BUCKEYE TERRACE | | CLAYTON | CA | 94517 | 2,175.00 |
| SHELDON G YAKUS | | 7650 E EVANS RD | STE C | SCOTTSDALE | AZ | 85260 | 7,385.00 |
| SHELLY A FRIEDMAN | | 8700 VIA DE VENTURA STE 130 | | SCOTTSDALE | AZ | 85258-4515 | 8,333.00 |
| SPELLING COMMUNICATIONS INC | | 865 S FIGUEROA RD | SUITE 1100 | LOS ANGELES | CA | 90017 | 16,737.00 |

| Owner Name | Second Owner | Address 1 | Address 2 | City | State | Zip | Shares |
|---|---|---|---|---|---|---|---|
| STANLEY GOLDSTEIN | | 16 ROCKLEDGE AVE 7F2 | | OSSINING | NY | 10562 | 401,622.00 |
| STATE OF OKLAHOMA UNCLAIMED PROPERTY DIVISION | | 2300 N LINCOLN BLVD, ROOM 217 | OKLAHOMA CITY | OK | | | 20.00 |
| STEPHEN COSTANTINO | | 4510 WHITSETT AVENUE (REAR HOUSE) | | STUDIO CITY | CA | 91604 | 2,500.00 |
| STEPHEN D SNYDER | | 5400 CHENONCEAU BLVD | APT 610 | LITTLE ROCK | AR | 72223 | 275,000.00 |
| STEPHEN HOCHSCHULER | | 4240 PRESCOTTS AVE | UNIT 2F | DALLAS | TX | 75219 | 65,000.00 |
| STEVEN E JONES & | SHANNON JONES JTROS | 4402 N ARCADIA DRIVE | | PHOENIX | AZ | 85018 | 8,333.00 |
| STEVEN K PHELPS & | KIMBERLEY J PHELPS JTWROS | 6262 W KENT DRIVE | | CHANDLER | AZ | 85226-1171 | 774,321.00 |
| STEVEN M PECK | | 980 S WISTERIA DRIVE | | MALVERN | PA | 19355 | 20.00 |
| STEVEN M SILVER | | PO BOX 5795 | | BALTIMORE | MD | 21282 | 10,000.00 |
| STEVEN PHELPS | | 6262 W KENT DRIVE | | CHANDLER | AZ | 85226 | 2,750,000.00 |
| SUNDANCE FINANCIAL CORP | | ATTN LARRY RYCKMAN | 7780 VAQUERO DR | SCOTTSDALE | AZ | 85058 | 2,191,653.00 |
| TARA INK | | 1666 KENNEDY CAUSEWAY STE 703 | | MIAMI BEACH | FL | 33141 | 13,788.00 |
| TED J FOWLER | | 2422 IRON CANYON DRIVE | | PARK CITY | UT | 84060 | 666,666.00 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | | UNCLAIMED PROPERTY DIVISION | PO BOX 12019 | AUSTIN | TX | 78711 | 124.00 |
| THE 4K TRUST DTD 6/21/07 JAMES LENTINE | AND DEBORAH LENTINE TTEE | 13607 N 87TH STREET | | SCOTTSDALE | AZ | 85260 | 500,000.00 |
| THE GLORIA ADAMS REV TRUST DTD 8/15/98 | GLORIA ADAMS TRUSTEE | 9519 CARTERWOOD RD | | RICHMOND | VA | 23229 | 40,000.00 |
| THE GOLDSTEIN COMPANY | | 1644 COURTNEY AVENUE | | LOS ANGELES | CA | 90046 | 15,000.00 |
| THE HODGDON FAMILY TRUST | DTD 10/09/2007 HAROLD ALAN HODGDON & | PAMELA M HODGDON TTEE | 1024 BAYSIDE DDRIVE PMB 136 | NEWPORT BEACH | CA | 92660 | 52,000.00 |
| THE KAHN FAMILY TRUST | LARRY & NANCI KAHN TTEES DTD 7/22/2005 | 2751 AVENIDA SIMI | | SIMI VALLEY | CA | 93063 | 50,000.00 |
| THE LOVELL FAMILY TRUST DTD 03/12/2002 | PHILLIP P LOVELL & ELIZABETH G | LOVELL TTEE | 4601 E FOOTHILL DR | PARADISE VALLEY | AZ | 85253 | 100,100.00 |
| THEODORE AMENDOLA | | 11251 E APPALOOSA PLACE | | SCOTTSDALE | AZ | 85259 | 8,333.00 |
| THOMAS A WAITE FAMILY TRUST | DATED APRIL 26 2009 THOMAS A WAITE TTEE | 6502 E EXETER BLVD | | SCOTTSDALE | AZ | 85251 | 300,500.00 |
| THOMAS E BROWN | | 2980 1 N 49TH ST | | CAVE CREEK | AZ | 85331 | 39,000.00 |
| THOMAS E MARREEL & | JULIA C MARREEL TTEE DTD 1/18/06 THE MARREEL FAMILY TRUST | 616 W SAN MARCOS DRIVE | | CHANDLER | AZ | 85255 | 33,333.00 |
| THOMAS GENE FISHER | | 1302 W. DRIVERS WAY | | TEMPE | AZ | 85284 | 3,241,667.00 |
| THOMAS J SCHWARTZ TR DTD 01/23/1996 | THOMAS J SCHWARTZ TTEE | 5550 RIVER PARK DR | | LIBERTYVILLE | IL | 60048 | 16,250.00 |
| THOMAS L DAVIS REVOCABLE TRUST DTD | 2/26/99 THOMAS L DAVIS & RENEE EILEEN DAVIS TTEE | 919 CLARKELEN ROAD | | GILLETTE | WY | 82718 | 266,667.00 |
| THOMAS L KINDER | | 2900 CLIFF DR | | NEWPORT BEACH | CA | 92663 | 1,384,739.00 |
| THOMAS M THOMPSON | | PO BOX 2510 | | GLOBE | AZ | 85502 | 38,462.00 |
| THOMAS R KLUBEK | | 4084 RIDGEFIELD TER | | HAMBURG | NY | 14075 | 10,000,000.00 |
| THOMAS W THAYER | | 5437 COUNTY ROAD | | FITCHBURY | WI | 53575 | 40,000.00 |
| TIM DISBROW | | 11210 E DEL TIMBRE | | SCOTTSDALE | AZ | 85259 | 16,667.00 |
| TIMOTHY GRUBB | | 20988 N 82ND LANE | | PEORIA | AZ | 85382 | 183,365.00 |
| TIMOTHY J CALLAHAN | | 1831 S MANOR LANE | | LAKEWOOD | CO | 80232 | 20,000.00 |
| TOBY POGUE | | 10198 N 116 LANE | | YOUNGTOWN | AZ | 85363 | 1,000.00 |
| TOM E WEBER | | 11272 E OHZA AVE | | MESA | AZ | 85212 | 20,000.00 |
| TONY QUIST | | 16614 N 35TH ST | | PHOENIX | AZ | 85032 | 1,000.00 |
| TRACY L MCGRADY | | C/O BLVD MGMT | 21650 OXNARD ST #1925 | WOODLAND HILLS | CA | 91367 | 64,000.00 |
| TRITON OCEANIC LLC | | ATTN LARRY RYCKMAN | 7780 VAQUERO DR | SCOTTSDALE | AZ | 85058 | 750,654.00 |
| TROCADERO VENTURE PARTNERS LLC | | 412 N MAIN STREET | | BUFFALO | WY | 82834 | 500,000.00 |
| TROY EDGAR & | KARL EDGAR JTROS | 4836 E MOONLIGHT WAY | | PARADISE VALLEY | AZ | 85253 | 10,000.00 |
| UBS FINANCIAL SERVICES INC | CUSTODIAN FBO SAMUEL R HUMPHREY IRA | 214 TUCKAHOE COVE | | MEMPHIS | TN | 38117 | 200,000.00 |
| VICTOR REGENBOGEN | | 50 PARKER DRIVE | | PITTSFORD | NY | 14534 | 200,000.00 |
| VICTOR S REGENBOGEN | | 50 PARKER DR | | PITTSFORD | NY | 14534 | 100,000.00 |
| VINCENT D CHANG | & SUZANNE E CHANGE JTWROS | 8050 BARONY WOODS | | PITTSFORD | NY | 14534 | 50,000.00 |
| WALLACE C HARTLEY LLC | | 1013 FORKLANDING ROAD | | CINNAMINSON | NJ | 08077 | 163,864.00 |
| WASHINGTON DEPT OF REVENUE | | UNCLAIMED PROPERTY SECTION | 2500 E VALLEY RD STE C | RENTON | WA | 98057 | 67.00 |
| WATSON REVOCABLE TR | DTD 1/20/99 | 10440 NORTH 83RD STREET | | SCOTTSDALE | AZ | 85258 | 46.00 |
| WENDY ELIZABETH LOVELL | | 4601 E FOOTHILL DRIVE | | PARADISE VALLEY | AZ | 85253 | 61,499.00 |
| WENDY GALLAGHER | | 333 N CANAL STREET # 2506 | | CHICAGO | IL | 60606 | 52,000.00 |
| WEST DESERT PARTNERS LLC | | 15029 N THOMPSON PEAK PARKWAY | STE B-111 | SCOTTSDALE | AZ | 85260 | 131,097.00 |
| WEST VIRGINIA STATE TREASURER'S OFFICE | | UNCLAIMED PROPERTY DIVISION | ONE PLAYERS CLUB DRIVE | CHARLESTON | WV | 25311 | 1.00 |
| WILLIAM ANDY THOMPSON | | PO BOX 845 | | OURAY | CO | 81427 | 70,000.00 |
| WILLIAM D HARTLEY | & JANET S HARTLEY JTWROS | 4523 MOUNT VERNDN DRIVE | | BRADENTON | FL | 34210 | 1,109,000.00 |
| WILLIAM F VALENTINE | | 362 TAMARACK DRIVE | | ROCK SPRINGS | WY | 82901 | 83,333.00 |
| WILLIAM H ATKINSON | | 112 TIMBER LAKE DR | | ELON COLLEGE | NC | 27244 | 67.00 |
| WILLIAM H STEVENS | | 1620 NE 105TH ST | | MIAMI SHORES | FL | 33138 | 564.00 |
| WILLIAM LANE | | 3395 SUGAR VALLEY TRAIL | | ALPHARETTA | GA | 30022 | 150,000.00 |
| WILLIAM R FORD JR | | 1066 CARTAGO COURT | | SPARKS | NV | 89436 | 520,000.00 |
| WILLIAM R HAMPTON | | 81 BERESFORD CT | | WILLIAMSVILLE | NY | 14221 | 511,000.00 |
| WILLIAM V ANDREW | & PATRICIA R ANDREW TTEE ANDREW REV TRUST DTD 05/04/1994 | 4189 W MILKY WAY | STE 3 | CHANDLER | AZ | 85266 | 66,667.00 |
| WISCONSIN UNCLAIMED PROPERTY | | CHEDDAR & CO | 100 HANCOCK ST | QUINCY | WI | 02171 | 4,006.00 |
| WISE FAMILY TRUST U/T/A DTD MAY 2 2003 | DENNISE WISE AND MARY CONWAY WISE TTEE | 7652 E ACOMA | | SCOTTSDALE | AZ | 85260 | 500,000.00 |
| ZACH LANDUA | | 4819 W EL CAMINITO DRIVE | | GLENDALE | AZ | 85302 | 2,864.00 |

Fill in this information to identify the case:

Debtor name    **Aftermaster, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒    Other document that requires a declaration    List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08·28·20    X _____
                                       Signature of individual signing on behalf of debtor

                                       **Larry Ryckman**
                                       Printed name
                                       CEO
                                       _____
                                       Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## CERTIFICATE OF RESOLUTION
## AUTHORIZING PREPARATION FOR FILING OF
## VOLUNTARY PETITION FOR REORGANIZATION
## UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

At a special meeting of the Board of Directors (the "Board of Directors") of Aftermaster, Inc., a Delaware corporation (the "Corporation"), duly constituted and held on August 28, 2020, the following resolutions were discussed and thereafter adopted by unanimous consent:

WHEREAS, the Board of Directors of the Corporation has evaluated and considered the financial condition, results of operations and projected cashflows of the Corporation, the Corporation's efforts to secure additional debt or equity financing, the results of those efforts, the offer received by the Corporation to acquire the Corporation and its software business through a reorganization of the Corporation, options available to the Corporation and prospects for maximizing the value of the Corporation and returns to the stakeholders of the Corporation and information and recommendations of its executive officers of, and counsel to, the Corporation concerning the financial condition of the Corporation; and

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition for reorganization of the Corporation be filed under the provisions of Chapter 11, Subchapter V of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the terms of the proposed debtor in possession financing facility on an unsecured basis (the "DIP Facility") are hereby approved and the Authorized Officer (as defined below) is hereby authorized and directed to execute and deliver to the appropriate parties, in the name and on behalf of the Corporation, the DIP Facility documents, together with all schedules and exhibits thereto, and such other agreements, instruments and documents as may be necessary or appropriate to consummate the transactions contemplated thereby, together with such changes and modifications as such Authorized Officers may deem necessary or appropriate, such Authorized Officer's approval to be conclusively evidenced by the execution and delivery of any such agreement, instrument, certificate or related document.

RESOLVED, that the Chief Executive Officer (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to commence a case under Chapter 11, Subchapter V of the Bankruptcy Code (the "Chapter 11 Case"), and to commence the Chapter 11 Case, in the venue that the Authorized Officer deems appropriate and at such time that the Authorized Officer deems appropriate, in the exercise of his discretion and professional expertise;

RESOLVED, that the Authorized Officer of the Corporation shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents,

certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct a case under Chapter 11 of the Bankruptcy Code and to effectuate a reorganization of the Corporation under Chapter 11 as is deemed appropriate;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Scali Busenkell and Brown, LLC as general reorganization counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Scali Busenkell & Brown, LLC;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Officer determines are necessary in order to conduct the Chapter 11 Case and to operate the business while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Corporation as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 11 Case and to effectuate a reorganization or liquidation of the Corporation as is deemed appropriate; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

I, the undersigned, Chief Executive Officer of Aftermaster, Inc., do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly adopted by the Board of Directors of said Corporation by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the Board of Directors had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the Board of Directors now has said power and authority.

IN WITNESS WHEREOF, I have hereunto subscribed my name in my professional capacity with Aftermaster, Inc. this 28th day of August, 2020.

By: _____

Name: Larry Ryckman

Title: Chief Executive Officer



## AFTERMASTER, INC.
### (A DELAWARE CORPORATION)

## RESOLUTION OF THE BOARD OF DIRECTORS

The undersigned, being all of the Directors of Aftermaster, Inc., a Delaware corporation (the "Corporation") pursuant to the Bylaws of the Corporation and the relevant provisions of the General Corporation Law of the State of Delaware, hereby consent to the following actions of the Corporation as of August 28, 2020, a copy of which shall be filed with the minutes of the Corporation:

**WHEREAS**, the Board of Directors of the Corporation (the "Board") deems it in the best interests of the Corporation to file for relief under Chapter 11, Subchapter V of the United States Bankruptcy Code (the "Bankruptcy Code").

**WHEREAS**, the Board of Directors of the Corporation (the "Board") approves a convertible unsecured promissory note for up to $250,000 with Larry Ryckman and/or Mark Depew.

### NOW, THEREFORE, BE IT:

**RESOLVED**, that the Board of Directors of the Corporation (the "Board") has approved the filing of Chapter 11, Subchapter V of the United States Bankruptcy Code in the State of Delaware.

**RESOLVED**, that the Board of Directors of the Corporation (the "Board") has approved a convertible unsecured promissory note for up to $250,000 with Larry Ryckman and/or Mark Depew.

**FURTHER RESOLVED**, that upon receipt of approval of the majority stockholders of the Corporation, the proper officers of the Corporation be, and each of them hereby is, authorized, empowered and directed in the name and on behalf of the Corporation, to immediately take any and all actions reasonably necessary or appropriate to carry out the intent of the above resolutions, including the execution of documents and making any filings with the State of Delaware or the federal securities authorities as they deem necessary or appropriate, and that any and all actions taken by the officers in connection therewith are hereby ratified, confirmed, and approved.

This Resolution may be executed in counter parts and by facsimile and such counterparts and facsimile copies shall be conclusive evidence of the consent and ratification of the matters contained herein by the undersigned director(s).

Aftermaster, Inc. 7825 E Gelding Drive Suite 101, Scottsdale AZ 85260



IN WITNESS WHEREOF, the below individuals have set their hands as members of the Board to be effective as of August 28, 2020.

_(signature)_

Lawrence Ryckman
Chairman of the Board of Directors

DocuSigned by:

Mark Depew
9EB3CA3C4218429

Mark Depew
Director

DocuSigned by:

Mirella Chavez
BCE5891A378E45B

Mirella Chavez
Director

DocuSigned by:

Arnie Weintraub
66C60A95AD8242B

Arnie Weintraub
Director