# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AFTERMASTER, INC.,[1] | Case No. 20-12017-JTD |
| Debtor. | |

**DECLARATION OF CHARLES J. BROWN, III
IN SUPPORT OF DEBTOR'S APPLICATION FOR RETENTION
OF GELLERT SCALI BUSENKELL & BROWN, LLC AS COUNSEL
TO THE DEBTOR AND DEBTOR-IN-POSSESSION PURSUANT TO
SECTIONS 327(a), 328(c), 330, 331 AND 1107(b) OF THE
BANKRUPTCY CODE NUNC PRO TUNC TO AUGUST 28, 2020**

Charles J. Brown, III certifies, pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm of Gellert Scali Busenkell & Brown, LLC located at 1201 N. Orange Street, Suite 300, Wilmington, Delaware 19801. I am an attorney-at-law, duly admitted and in good standing to practice in the States of Delaware and Maryland. I submit this Declaration in connection with the application (the "Application") of the Debtor in the above-captioned case (the "Debtor") to retain Gellert Scali Busenkell & Brown, LLC ("GSBB"), as counsel to the Debtor and Debtor-in-Possession in this chapter 11 case, *nunc pro tunc* to the Petition Date, and to provide the disclosures required under section 329 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the local rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

2. As a result of my firm's due diligence investigation of the Debtor, I have ascertained that if retained, GSBB:

---

[1] The Debtor's last four digits of its U.S. federal tax identification number are 7953. The address for the Debtor's headquarters is 6671 Sunset Blvd., Suite 1520, Los Angeles, CA 90028.

(a) is not a creditor, an equity security holder, or an insider;

(b) is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor; and

(c) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

Accordingly, I believe GSBB is a "disinterested person" as that term is defined in section 101(14), as modified by section 1107(b), of the Bankruptcy Code.

3.     GSBB has reviewed the relationship that its attorneys have with the United States Trustee for the District of Delaware (the "U.S. Trustee") and those persons employed in the office of the U.S. Trustee, and I have determined that GSBB has no material connections with the U.S. Trustee or any person employed in the office of the U.S. Trustee.

4.     In connection with the Debtor's proposed retention of GSBB, an extensive review of the Firm's connections (as that term is used in Bankruptcy Rule 2014(a)) (the "Connections Check") with the Debtor, creditors, the United States Trustee and any person employed in the Office of the United States Trustee, any other party-in-interest herein, and their respective attorneys and accountants (collectively, the "Case Parties") was conducted. For the purpose of compiling the list of Case Parties, GSBB utilized the creditor matrix, and interested party listing furnished by the Debtor against which to perform the Connections Check.

5.     Attached hereto as **Schedule 1** is a list of the Case Parties that were checked against a database containing the Firm's connections. For the purpose of these Chapter 11 cases, only potential connections through the date hereof were checked. These connections were then reviewed to identify any relationship that would need to be disclosed in accordance with

Bankruptcy Rule 2014.

6. The Connections Check performed by the Firm included an email circulated to all GSBB attorneys alerting all professionals at the Firm to identify any connections with the Case Parties. As part of this circulation, the recipients were also requested to identify: (i) any connections to the U.S. Trustee or any person employed in that office, and (ii) their direct holding of any claims against or interests in the Debtor.

7. To the best of my knowledge after diligent inquiry, neither GSBB, any member of GSBB, nor any attorney associated with or employed by GSBB, has any "connection" (as that term is used in Bankruptcy Rule 2014(a)) with the Debtor herein, its creditors, any other party-in-interest herein, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

8. GSBB has been involved in a number of unrelated cases with various professionals involved in these cases, both in adverse and non-adverse roles. Moreover, my partners and I have a well-known reorganization and restructuring practice that encompasses the representation of many investors, financial institutions, and other persons and entities, some of which may become creditors or parties-in-interest in this Chapter 11 case, including, without limitation, potential acquirers of the Debtor's assets. Furthermore, as part of its practice, GSBB appears in cases, proceedings, and transactions involving numerous attorneys, accountants, and financial advisors, some of whom may represent creditors, or other parties-in-interest, or themselves be creditors or parties-in-interest, in this Chapter 11 case. GSBB has not and will not represent any of these creditors, investors, potential acquirers, parties-in-interest, attorneys, financial advisors, accountants, or any other entity in connection with this Chapter 11 case.

9. To the extent that issues arise that would cause the Debtor to be adverse to any of

GSBB's clients such that it would not be appropriate for GSBB to represent the Debtor with respect to such matter, the Debtor will request that GSBB withdraw its appearance as counsel and request that the Debtor select a new bankruptcy counsel to represent the Debtor.

10. GSBB will file appropriate supplemental disclosure(s) with the Court to the extent that additional information concerning any connections is developed.

11. The Debtor may also seek to retain other professionals to perform services regarding discrete or specialized matters. GSBB intends to work closely with any other professional and the Debtor's senior management to ensure that there is no unnecessary duplication of services performed for, or charged to, the Debtor's estate. In the unlikely event any matters were, in the future, to give rise to a potential conflict with respect to matters that otherwise would have been handled by GSBB, another firm will handle such matters and GSBB will not be involved.

## GSBB'S COMPENSATION

12. The hourly fee that will be charged for services is GSBB's standard rate for bankruptcy legal work. The hourly rates are set at a level designed to compensate GSBB fairly for the work its attorneys and professional staff perform and to cover its fixed and overhead expenses. It is GSBB's policy to charge its clients for expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone toll charges, mail and express mail charges, special or hand delivery charges, document processing and photocopying charges, travel expenses, expenses for working meals, computerized research, third-party search and investigation charges, filing fees, and transcription costs. GSBB bills these expenses at cost to its clients and makes no profit from these expenses. GSBB believes that it is appropriate to charge these expenses to its clients as they incur them rather than increase its hourly rates and

thereby spread the expenses among all clients.

13. This Declaration is intended to comply with Bankruptcy Rule 2016(b). GSBB intends to apply to this Court for compensation for professional services rendered in connection with these cases in accordance with the procedures established by the Bankruptcy Code, Bankruptcy Rules, Local Rules, and the administrative and other orders established by this Court.

14. Subject to Court approval, and in accordance with § 330(a) of the Bankruptcy Code, compensation will be payable to GSBB on an hourly basis, plus reimbursement of actual, necessary expenses incurred by GSBB. The hourly billing rates as of August 28, 2020 of GSBB for this matter are as follows:

| | |
|---|---|
| Charles J. Brown, III | $460.00 |
| Ronald S. Gellert | $460.00 |
| Associates/Of Counsel | $250.00 to $295.00 |
| Paraprofessionals | $105.00-210.00 |

These rates are subject to adjustment from time to time in the ordinary course of the GSBB's business. These rates are still set at a level designed to fairly compensate GSBB for the work of its professionals and para-professionals and to cover fixed and routine overhead expenses.

15. No promises have been received by GSBB or by any member or person associated with GSBB as to compensation in connection with this chapter 11 case other than in accordance with the terms of the Retainer Agreement and as discussed herein. In connection with this chapter 11 case, GSBB received a retainer of $10,000.00.

16. GSBB further states that it has not shared, nor agreed to share, any compensation it has received or may receive with another party or person, other than the members of GSBB, nor any compensation another party or party has received or may receive.

17. Based upon my review of the Debtor's creditor list and interested parties in these cases, neither I, nor anyone associated with GSBB represents any known interest adverse to the

5

Debtor or the estate in matters regarding which GSBB is to be engaged. Moreover, GSBB does not represent or hold an interest adverse to the Debtor with respect to the services for which GSBB would be retained.

18. By reason of the foregoing, I believe GSBB is eligible for employment and retention by the Debtor pursuant to sections 327(a), 328(c), 330, and 331 of the Bankruptcy Code and the applicable Rules and Local Rules.

19. I hereby certify, under penalty of perjury, that the foregoing factual statements made by me are true to the best of my knowledge, information and belief.

Date: September 16, 2020

Charles J. Brown, III (DE 3368)

# **SCHEDULE 1**

**Parties in Interest List**

**Debtor:** Aftermaster, Inc.

**Current Directors & Officers:**
- Larry Ryckman
- Mark Depew
- Mirella Chavez
- Arnold Weintraub

**Professionals:**
- Gellert Scali Busenkell & Brown, LLC

**Banks**
- Fortress Bank

**Governmental/Regulatory Agencies and Taxing Authorities:**
- State of California- Employment Development Dept.
- Internal Revenue Service

**Utilities:**
- APS

**Contract Parties**
- Hover 17, LLC
- Ritika Research Labs
- Sheldon Yakus
- Steelhouse, Inc.
- Trio Management

**Litigation Parties**
- Infinity Power and Controls
- JSJ Investments
- Bradley Davis

**Secured Creditors**
- Auctus Fund LLC

**Top 20 Unsecured Creditors:**
- Auctus Fund LLC
- Bruce Pivic

- Carebourn Capital LLC
- Cheryl Hintzen
- Crossover Capital Fund, LLC I and II
- GS Capital Partners LLC
- Haynie & Company
- Hover 17, LLC
- Infinity Power and Controls, LLC
- Internal Revenue Service
- Ira Gaines
- JSJ Investments, Inc.
- Mike and Ann Metzler
- Norton Rose Fulbright US LLP
- Odyssey Capital Funding LLC
- Red Clover Capital LLC
- State of California Employment Development Dept.
- Steelhouse Inc.
- Weststar Multimedia Entertainment

**Equity Holders**

- 525 SOUTH DOUGLAS STREET LLC
- AARON RYCKMAN
- ABE ZWANY &
- ACTION STOCKS INC
- ADAM GINSBERG
- ALAN SCHAPKER
- ALBERT LOPEZ
- ALLEN PRINCE
- ALPHI MANAGEMENT SERVICES INC
- AMALIA LIMITED
- AMENDOLA COMMUNICATIONS
- AMY SILBER
- ANDREA DWORSHAK
- ANDREW ELLIS
- ANDREW REVOCABLE TRUST
- ANNA MADRID
- ANNE MURREY LOVELL
- ANTHONY J LYDON LIVING TRUST
- APPRENTECH LLC
- ARI BLITZ
- ARK PROPERTIES LLC
- ARNOLD S WEINTRAUB
- ARTHUR G THOMPSON & MONICA A THOMPSON CREDIT SHELTER TRUST DTD 03/03/98
- ASHAR QURESHI
- ASHLEY CORIN POTTER TRUST
- ASHLEY N BLEVINS
- AVATAR INVESTMENTS LLC
- BARRY M GOLDWATER JR
- BENGT WIMREN NRA
- BERRY JOSEPH HELFAND
- BESPOKE GROWTH PARTNERS INC
- BLACKSTONE ENTERTAINMENT INC
- BOHDAN RUDAWSKI
- BRADLEY D MOREHOUSE
- BRADLEY DAVIS
- BRENT BETTOLO
- BRIAN KORBELIK
- BRIAN P LEE
- BROCK S LAUBHAN
- BRUCE D SANDIG

- BRUCE RYAN
- BRUCE SANDIG
- BRUCE W PIVIC
- BRUNSON CHANDLER & JONES PLLC
- BRYANT REVOCABLE TRUST DTD 09/17/12
- BURESH & ASSOCIATES LLC
- CABARIA CONSULTING LLC
- CALIN ENTERPRISES INC
- CAM THOMAS
- CARMELA M CIPOLLINA
- CASEY/OSLER LP
- CATHERINE BAKALAR
- CEDE & CO (FAST ACCOUNT)
- CHARLES H SIEGERDT
- CHARLES NAFZIGER
- CHARLES WAFER
- CHERYL HINTZEN
- CHRISTOPHER CHEN
- CHRISTOPHER CONNELLY
- CHRISTOPHER FORTE OR
- CHRISTOPHER J KOLODZIEJSKI
- CHRISTOPHER J MORANO
- CHRISTOPHER T LANE
- CLAUDE E HARTMAN
- CLIFFORD L DAVIS
- CLINTON G HOGUE &
- COLONIAL ROYALTY COMPANY 09, LLC
- COMMODORE CAPITAL PARTNERS LLC
- COMMONWEALTH OF MASSACHUSETTS UNCLAIMED PROPERTY
- COMMONWEALTH OF PENNSYLVANIA
- CONNOR SHEA
- COR CLEARING
- COR CLEARING
- CORA LEE PEARSON
- CORPORATE COUNCEL PARTNERS
- CRAIG CURTIN
- CROSS STREET PARTNERS INC
- CROTTS REVOCABLE FAMILY TRUST
- DAN LOWE
- DANIEL F WALEN
- DANIEL T PODOBINSKI
- DANIEL T PODOBINSKI &
- DARELL MATTHEW JONES TRUST DTD 02/12/10
- DAVE S ALLEY
- DAVID A SALIMENO
- DAVID AGUILAR
- DAVID AGULLAR &
- DAVID AGULLAR DENISE MILLER LIVING TR
- DAVID HARRIS
- DAVID J JONES &
- DAVID L FARRIS
- DAVID L REYNOLDS
- DAVID M KRIEG TTEE
- DAVID ORLOWSKI &
- DEBBIE J WILLIAMS
- DEL NEAL WISLER
- DELAWARE CHARTER GUARANTEE AND
- DENNIS D POSTMA
- DENNIS J CARLILE
- DESMOND F SHEAHAN
- DIMITRI TSIHLIS
- DIRECTOR OF FINANCE
- DONALD APOSHIAN JR
- DONALD E DAVIS
- DONALD F HULL &
- DONALD F HULL TTEE
- DONALD G STANISKAUS
- DONALD H WORDEN
- DOROTHY MARLENE HULS
- DOUGLAS HARTLEY
- DOUGLAS HENDRICKS
- DOUGLAS M CURTISS
- DOUGLAS STAPLES
- DWIGHT BECKER
- DYLAN MARKS
- EDWARD G HASS &
- EDWIN S KANEMOTO
- EQUITIES COM INC

- ER HERMAN & ESTELLE HERMAN LIVING
- ERNEST C KESSELL &
- ERNIE GRAHAM OIL INC
- ERROL KAPLAN
- EVJEN PROFIT SHARING PLAN
- FLOYD A CUFF TR UA 08/12/84
- FRANK H NEWTON III
- FRANK L SHRIVER
- FRANK M EVANS
- FRANK M EVANS &
- FRED OZAWA &
- FREDERIC W FIELD
- FREDERICK M GLASS
- FUBAR INVESTMENTS, LLC
- FULLER TRUST DTD MARCH 3 2010
- GARY GOLDSTEIN
- GARY L BLOK
- GARY L DERSCHELD REVOCABLE TRUST
- GARY R BELZ
- GARY W NEGICH
- GERALD W ARNOLD TRUST
- GERHARD BENDL
- GLEN E CROTTS
- GLEN E CROTTS TR
- GLENN APPELL TTEE
- GLENN BERKLEY
- GLENN E CROTTS TTEE OF THE GLEN E
- GLENN J HERBOLSHEIMER
- GORDON L HOLTZINGER
- GREEN MARKETING LLC
- GREG J PAFFORD
- GREGORY J MAHER
- GREGORY J POTTER
- GREGORY J SKAPITS D.M.D.
- HARRY L KEMBEL &
- HELEN CAPPUCCINO
- HOWARD E SCARLETT II
- HOWARD GOLDIE &
- HUGH A FISH
- IAN LOVE MD
- IRA GAINES
- J B DIVERSIFIED FNCL CORP 401K
- J W RICH INVESTMENTS CO
- JAMES A FARRELL
- JAMES A SMITH &
- JAMES ALAN PATTERSON
- JAMES C YARDLEY
- JAMES ERCEG
- JAMES G BLACKBURN
- JAMES HALL &
- JAMES M HOKE
- JAMES PAPPAS &
- JAMES R KEILENER
- JAMES RINALDI
- JAMES V RAUH
- JANICE DICKINSON
- JASMINE NICOLE SMITH
- JASON M KOONIN
- JAY R SCHNEIDER
- JEFF PIVIC
- JEFFREY A GROSSMAN
- JEFFREY LLOYD
- JENNIFER L MARSELLA
- JENNIFER ROBINSON
- JENNY L NORDWICK
- JEREMIE MICHAEL VAUGHT &
- JILL RUTH PIVIC
- JOE C CASTRO TTEE
- JOE GUIOT
- JOE HRUDKA
- JOHN ARRILLAGA TTEE
- JOHN BOESEL
- JOHN C BARTH
- JOHN C BINNS
- JOHN C MCKINLEY
- JOHN F RASOR
- JOHN FENDRICH
- JOHN J CONNELLY
- JOHN KINSTLER
- JOHN LOMBARDO
- JOHN M HILLIS
- JOHN P PATTI JR
- JOHN SELBAK
- JOHN T PALMER
- JOLYNN SPRADLIN

- JON R THORNE
- JONATHAN SIBONY
- JOSEPH A PANELLA JR TTEE
- JOSEPH MYERS
- JOSEPH WILLIAM RICH
- JRH TOS INVESTMENTS LLC
- JUDITH PLATT WARTELS
- KAREN CELAYA
- KATHLEEN APOSHIAN
- KATHLEEN DAVIES
- KATHRYN RYAN
- KAYLA DEPEW
- KEITH DENNER
- KEITH J WARCHOL
- KEITH V DENNER REVOCABLE TRUST
- KELLY HILCOVE
- KENNETH PEARSEN
- KENT A BARGHOLS
- KENT W CASEY
- KEVIN BRENT HARVEY
- KEVIN P BRUNSON
- KEY ASSETS LLC
- KFT LLP
- KINGDOM BUILDING INC
- KIRBY STANISKAUS
- KIRK SHAW TTEE
- KNAUSS FAMILY LLC
- KOLE T STREBEL
- KRISTOFER E HALVORSON
- KULMAN IR LLC
- KYLE A HULTQUIST
- KYLE DEPEW
- KYLE HEFFERNAN
- LARRY BURESH
- LARRY COHEN
- LARRY D FRAHM
- LARRY D MEEK
- LARRY F PHILLIPS
- LARRY L BURESH &
- LARRY MILMAN
- LAURA JOHNSON
- LAUREN RYCKMAN
- LAWRENCE G OLSON
- LAWRENCE G RYCKMAN
- LAWRENCE NUDELMAN
- LAWRENCE SUCHAROW
- LEE R JONES & PATTY SUE JONES LIVING
- LEE S SCHWARTZ
- LEON TAD DAVIS
- LEONARD MINTZ &
- LESLE H NEIDICH
- LESLIE F OLSON
- LEWIS M EDELSTEIN
- LIONEL C MARTIN
- LOGAN KOSSEL
- LORENZ A HITTEL
- LOVELL FAMILY TRUST TR
- LYNETTE F MOSS
- M BRIAN ZELEK
- M KIRK BRIMHALL
- M KIRK BRIMHALL
- MAGGIE M GROOMS
- MAGNUS PRODUCTS LLC
- MARC I ROSENTHAL
- MARK A CHESTER
- MARK DEPEW
- MARK DEPEW
- MARK FREEDMAN &
- MARK PATTON
- MARK R JONES
- MARK R RANGITACH
- MARK WARD
- MARLIN D HARRIS
- MARTIN G CROWE TR
- MARTIN SANDERS &
- MARY HORTON
- MARY J GEER
- MARY JO ELDER
- MARY M MCKALSON
- MATTHEW R LONG
- MATTHEW S FINK
- MATTHEW TODD BURESH
- MAVERYCK INVESTMENTS LLC
- MCKENZIE ELIZABETH POTTER TRUST
- MERCEDES GROUP LTD
- MICHAEL A FISHMAN

- MICHAEL AANONSEN &
- MICHAEL BERRY
- MICHAEL CHEN
- MICHAEL COHEN
- MICHAEL J EVANS &
- MICHAEL L JONES
- MICHAEL L JONES &
- MICHAEL OLSON
- MICHAEL P HUGHES
- MICHAEL SCHWITZ
- MICHAEL SHAPIRO
- MICHAEL SILBER
- MICHAEL SILBER &
- MICHELE SEAMONS
- MICHELLE L MITCHELL
- MICHELLE R JONES
- MIKE A METZLER
- MIKE A METZLER &
- MIKE GOLDEN
- MINNESOTA DEPARTMENT OF COMMERCE
- MISSISSIPPI, OFFICE OF THE STATE TREASURER
- MITCHELL NUSBAUM
- MITCHIE'S MATCHING'S HOLDINGS
- MLPF CUSTODIAN
- MOOSE TRUST DTD 12/04/2007
- MUNIB BARBAR
- MZHCI LLC
- NAISMITH MEMORIAL BASKETBALL
- NANCY C CAPEL
- NANCY GWEN CROTTS
- NATHAN DEE CARTWRIGHT
- NEAL A RINNE
- NEIL WARGO
- NEVILLE S COHEN
- NEW JERSEY UNCLAIMED PROPERTY
- NICHOLAS JAMES COONCE
- NICHOLAS M SIMAK
- NOAL NOVARRO & JILL E NOVARRO
- NORA JANELLE MOREHOUSE
- NORMAN HAMILTON
- NORMAN WILLIAMS &
- NVISION ENTERPRISES LLC
- OHIO DEPARTMENT OF COMMERCE
- OLSON PRECAST
- OWEN FAMILY LIVING TRUST
- PATRICK MCEVOY
- PAUL C COOK
- PAUL FISHER
- PAUL J BUCK &
- PAUL OCHOA &
- PAUL WOLFF
- PENNY R CLINE
- PETER L ELDRIDGE &
- PETER MICHAEL BRUNO &
- PHILIP D MCGINN
- PHILIP J KAMBEITZ
- PHILIP WYATT
- PHYLL A SPERLING
- PRESTON J SHEA
- QUORUM IT LLC
- R JERRY FALKNER
- R SCOTT MORRISON JR 2004 IRREVOCABLE
- REINICKER FAMILY
- RENEE EILEEN DAVIS REVOCABLE TR DTD
- RICHARD BROWN LIGHTING DESIGN INC
- RICHARD D KERR
- RICHARD T PEERY TTEE
- RICHARD W MACARTHUR
- RICHARD WOJTUSIAK
- ROBERT D ROMANIN SLB FLEX PROFIT
- ROBERT G WILDBERGER
- ROBERT H SHAPIRO
- ROBERT I KARLSBERG
- ROBERT KITE
- ROBERT P SIBILLA
- ROBERT RYAN TTEE
- ROBERT SPAETH
- ROBERT TODD LINTON
- ROBERT W CHRISTENSEN

- ROBERT W JOHNSON &
- ROCIO M REBOLLOZO
- ROGER MORRISON
- ROGER MOSSISON
- RONALD D LEVY
- RONALD D ROSSO
- RP CAPITAL LLC
- RUSSELL NEWTON
- RUSSELL ROWAN FENTON
- RYAN ANDREW POTTER TRUST
- RYAN RANU JORDAN
- RYAN V ORLOWSKI
- SABIO VILORIA
- SAMMY ROSE TRUST DTD 11/07/2005
- SAMUEL BRENNAN POTTER TRUST
- SAMUEL R HUMPHREYS
- SANDY PULLEY
- SCOTT A GOULD &
- SCOTT SHANE
- SCOTT WARD
- SDS INVESTMENTS CONCEPTS LLC
- SEAN R RYAN
- SEAN ROBERT RYAN TRUST
- SHAUN P MACKIN
- SHELDON G YAKUS
- SHELLY A FRIEDMAN
- SPELLING COMMUNICATIONS INC
- STANLEY GOLDSTEIN
- STATE OF OKLAHOMA UNCLAIMED PROPERTY DIVISION
- STEPHEN COSTANTINO
- STEPHEN D SNYDER
- STEPHEN HOCHSCHULER
- STEVEN E JONES &
- STEVEN K PHELPS &
- STEVEN M PECK
- STEVEN M SILVER
- STEVEN PHELPS
- SUNDANCE FINANCIAL CORP
- TARA INK
- TED J FOWLER
- TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
- THE 4K TRUST DTD 6/21/07 JAMES LENTINE
- THE GLORIA ADAMS REV TRUST DTD 8/15/98
- THE GOLDSTEIN COMPANY
- THE HODGDON FAMILY TRUST
- THE KAHN FAMILY TRUST
- THE LOVELL FAMILY TRUST DTD 03/12/2002
- THEODORE AMENDOLA
- THOMAS A WAITE FAMILY TRUST
- THOMAS E BROWN
- THOMAS E MARREEL &
- THOMAS GENE FISHER
- THOMAS J SCHWARTZ TR DTD 01/23/1996
- THOMAS L DAVIS REVOCABLE TRUST DTD
- THOMAS L KINDER
- THOMAS M THOMPSON
- THOMAS R KLUBEK
- THOMAS W THAYER
- TIM DISBROW
- TIMOTHY GRUBB
- TIMOTHY J CALLAHAN
- TOBY POGUE
- TOM E WEBER
- TONY QUIST
- TRACY L MCGRADY
- TRITON OCEANIC LLC
- TROCADERO VENTURE PARTNERS LLC
- TROY EDGAR &
- UBS FINANCIAL SERVICES INC
- VICTOR REGENBOGEN
- VICTOR S REGENBOGEN
- VINCENT D CHANG
- WALLACE C HARTLEY LLC
- WASHINGTON DEPT OF REVENUE
- WATSON REVOCABLE TR
- WENDY ELIZABETH LOVELL
- WENDY GALLAGHER
- WEST DESERT PARTNERS LLC

- WEST VIRGINIA STATE TREASURER'S OFFICE
- WILLIAM ANDY THOMPSON
- WILLIAM D HARTLEY
- WILLIAM F VALENTINE
- WILLIAM H ATKINSON
- WILLIAM H STEVENS
- WILLIAM LANE
- WILLIAM R FORD JR
- WILLIAM R HAMPTON
- WILLIAM V ANDREW
- WISCONSIN UNCLAIMED PROPERTY
- WISE FAMILY TRUST U/T/A DTD MAY 2 2003
- ZACH LANDUA

**Delaware Bankruptcy Judges:**

- Chief Judge Christopher S. Sontchi
- Judge John T. Dorsey
- Judge Karen B. Owens
- Judge Brendan L. Shannon
- Judge Laurie Selber Silverstein
- Judge Mary F. Walrath
- Judge Ashely M. Chan

**Office of the United States Trustee, Region 3, Wilmington, DE Office**

- T. Patrick Tinker
- Robert Agarwal
- Lauren Attix
- David Buchbinder
- Linda Casey
- Denis Cooke
- Holly Dice
- Shakima L. Dortch
- Timothy J. Fox, Jr.
- Diane Giordano
- Christine Green
- Benjamin Hackman
- Nyanquoi Jones
- Jane Leamy
- Hannah M. McCollum
- James R. O'Malley
- Michael Panacio
- Linda Richenderfer
- Juliet Sarkessian
- Richard Schepacarter

- Edith A. Serrano
- Rosa Sierra
- Karen Starr
- David Villagrana
- Ramona Vinson
- Dion Wynn