# **<u>EXHIBIT B</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AFTERMASTER, INC.,[1] | Case No. 20-12017-JTD |
| Debtor. | |

**ORDER AUTHORIZING THE DEBTOR TO EMPLOY
GELLERT SCALI BUSENKELL & BROWN, LLC AS BANKRUPTCY
COUNSEL *NUNC PRO TUNC* TO THEE PETITION DATE**

UPON CONSIDERATION of the employment and retention of the law firm of Gellert Scali Busenkell & Brown, LLC ("GSBB" or the "Firm") as counsel to the Debtor and Debtor-in-Possession *nunc pro tunc* to the Petition Date (the "Application") filed by the Debtor and Debtor-in-Possession; and upon the declaration of Charles J. Brown, III in support of the Application (the "Brown Declaration"); and the Court being satisfied that the Firm represents no interest adverse to the estate, that the Firm is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14), that the employment of the Firm as counsel for the Debtor is necessary and in the best interests of the estate, that sufficient notice has been given, and due cause appearing therefor;

IT IS HEREBY ORDERED as follows:

1. The Application is GRANTED as set forth herein. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Application.

2. In accordance with § 327(a) of the Bankruptcy Code, Fed. R. Bankr. P. 2014(a), and Del.Bankr. LR 2014-1, Prysm, Inc., (the "Debtor") is hereby authorized and empowered to employ and retain the firm of Gellert Scali Busenkell & Brown, LLC as its counsel, *nunc pro tunc* to the Petition Date in accordance with the hourly rates and disbursement policies as set forth in

---

[1] The Debtor's last four digits of its U.S. federal tax identification number are 7953. The address for the Debtor's headquarters is 6671 Sunset Blvd., Suite 1520, Los Angeles, CA 90028.

the Brown Declaration, as may be updated from time to time by the firm in the ordinary course of business.

3. The Court upon appropriate application in compliance with the Local Rules for the United States Bankruptcy Court for the District of Delaware (including Local Rule 2016-2), the Bankruptcy Rules, the Bankruptcy Code, and any order establishing compensation procedures to be entered by the Court, shall determine the compensation and reimbursement of expenses to be allowed to the Firm and upon notice and a hearing in accordance with 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2014, and any other orders of the Court relating thereto.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.