**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AFTERMASTER, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12017-JTD |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING SMALL BUSINESS DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION OF AFTERMASTER, INC. (II) OCCURRENCE OF PLAN EFFECTIVE DATE; (III) ADMINISTRATIVE PRIORITY CLAIMS BAR DATE;  AND (IV) REJECTION DAMAGES CLAIMS BAR DATE**

1. **Confirmation of the Plan.** On June 3, 2021, the United States Bankruptcy Court for the District of Delaware entered an order (the "Confirmation Order") [D.I. 130] in the Chapter 11 Case of the above-captioned debtor and debtor in possession (the "Debtor") confirming the Small Business Debtor's Third Amended Plan of Reorganization [Docket No. 115] (as modified and confirmed, the "Plan").[2]  Copies of the Plan, the Confirmation Order and all exhibits thereto may be obtained by contacting Debtor's counsel at the address and phone number listed below.

2. **Occurrence of the Effective Date:**  The Effective Date of the Plan occurred on **July 3, 2021** (the "Effective Date").

3. **Releases:** The release provisions in Article 5 of the Plan are now in full force and effect.

4. **Bar Date for Administrative Priority Claims**. Pursuant to Article 2 of the Plan, all Persons seeking awards by the Bankruptcy Court of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date under sections 503 or 507 of the Bankruptcy Code ("Administrative Priority Claims") shall file with the Bankruptcy Court, on or before 5:00 p.m. Eastern time **August 2, 2021,** their respective applications for final allowances of compensation for services rendered and reimbursement of expenses incurred. Administrative Priority Claims must also be served upon (i) Charles J. Brown, III, Esq., Gellert Scali Busenkell & Brown LLC, 1201 North Orange Street, 3rd Floor, Wilmington, Delaware 19801; (ii) Mark Depew, 6671 Sunset Blvd. Suite 1520, Los Angeles, CA 90028;(iii) David Klauder, Esq., Subchapter V Trustee, 1204 N. King Street, Wilmington, Delaware 1980; (iv) Rosa Sierra, Esq., Office of the U.S. Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, DE 19801 and (v) all parties that have requested notice pursuant to

---

[1] The Debtor's last four digits of its U.S. federal tax identification number are 7953. The address for the Debtor's headquarters is 6671 Sunset Blvd., Suite 1520, Los Angeles, CA 90028.

[2] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan or Confirmation Order, as applicable.

Bankruptcy Rule 2002 (the "Notice Parties"), on or before 5:00 p.m. Eastern time August 2, 2021. Any Administrative Priority Claim not filed and served as provided herein shall be forever barred and shall not be enforceable against any Person, including without limitation, the Debtor, the Reorganized Debtor, or their respective successors and assigns.

5. **Rejection Damages Claims Bar Date**. Claims arising out of the rejection of any executory contract or unexpired lease pursuant to Article 2 of the Plan must file a proof of claim substantially in the form of Official Form 410 with the Clerk of the Bankruptcy Court and serve a copy upon the Notice Parties **on or before 5:00 p.m. Eastern time August 2, 2021**. Any Rejection Damages Claim not filed and served as provided herein shall be forever barred and shall not be enforceable against any Person, including without limitation, the Debtor, the Reorganized Debtor, or their respective successors and assigns.

6. **Retention of Jurisdiction by Bankruptcy Court**. Notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, the Bankruptcy Court retained jurisdiction over the Chapter 11 Case after the Effective Date to the fullest extent legally permissible, including, without limitation, with respect to all matters specified in Article 6 of the Plan.

Dated: July 6, 2021

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
Ronald S. Gellert (DE 4259)
1201 N. Orange St., Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: cbrown@gsbblaw.com
rgellert@gsbblaw.com

*Attorneys for Aftermaster, Inc.*