**CERTIFICATE OF SERVICE**

I, Charles J. Brown, III, Esquire, certify that on July 6, 2021, I caused a true and correct copy of *Notice of (I) Entry of Order Confirming Small Business Debtor's Third Amended Plan of Reorganization of Aftermaster Inc. (II) occurrence of Plan Effective Date; (III) Administrative Priority Claims Bar Date; and (IV) Rejection Damages Claims Bar Date* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties listed on the attached service list in the manner indicated.

                                              */s/ Charles J. Brown, III*
                                              Charles J. Brown, III (DE 3368)

Dated: July 6, 2021

Via First Class Mail

| | |
|---|---|
| Google LLC<br>c/o Amy Vulpio<br>White and Williams LLP<br>1650 Market Street, Suite 1800<br>Philadelphia, PA 19103 | Bruce Pivic<br>1701 Decora Drive<br>Rock Springs, WY 82901 |
| Carebourn Capital LLC<br>8700 Blackoaks Lane<br>North Maple Grove, MN 55311 | Cheryl Hintzen<br>1819 E. Morten Ave Suite 180<br>Phoenix, AZ 85253 |
| Crossover Capital Fund, LLC I and II<br>Attn: Kenneth Lustig<br>3820 E. Mercer Way<br>Mercer Island, WA 98040 | GS Capital Partners LLC<br>30 Washington St. Apt 5L<br>Brooklyn, NY 11201 |
| Haynie & Company<br>1785 W. 2300 S.West Valley<br>Salt Lake City, UT 84119 | Hover 17, LLC<br>917 South Main<br>Street Suite 100<br>Longmont, CO 80501 |
| Infinity Power and Controls, LLC<br>1701 Decora Dr.<br>Rock Springs, WY 82901 | Internal Revenue Taxes<br>Attn: L. Jiggetts<br>Bankruptcy Specialist<br>31 HHopkins Plaza<br>Room 1150<br>Baltimore, MD 21201 |
| Ira Gaines<br>1819 Morten<br>Avenue, Suite 180<br>Phoenix, AZ 85253 | JSJ Investments, Inc.<br>1321 Upland Dr., Ste. 9235<br>Houston, Texas, 77043 |
| Mike and Ann Metzler<br>740 Sterling Drive<br>Cheyenne, WY 82009 | Norton Rose Fulbright US LLP<br>2200 Ross Avenue<br>Suite 3600<br>Dallas, TX 75201 |

| | |
|---|---|
| Odyssey Capital Funding LLC<br>1249 Broadway<br>Suite 103<br>Hewlett, NY 11557 | Red Clover Capital LLC<br>21218 St. Andrews Blvd. Suite 323<br>Boca Raton, FL 33433 |
| State of California<br>Employment Development Dept.<br>PO BOX 989071<br>West Sacramento, CA 95798 | Steelhouse Inc.<br>140 Scott Drive<br>Menlo Park, CA 94025 |
| Weststar Multimedia Entertainment<br>6135 N. 7th Street<br>Phoenix, AZ 85014 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30<br>Philadelphia, PA 19104 |
| Intrado Digital Media LLC<br>11808 Miracle Hills Dr<br>Omaha, NE 68154 | Ritika Research Labs<br>401 Kalpana Tower, 11th Road, Khar West<br>Near Rama Krishna Mission Hospital<br>Mumbai, Maharashtra 400052<br>India |
| Sheldon Yakus<br>1778 Lantana Dr.<br>Minden, NV 89423 | Steelhouse, Inc.<br>3644 Eastham Dr.<br>Culver City, CA 90232 |
| Trio Management<br>12565 N. 91st Way<br>Scottsdale, AZ 85260 | West Corporation<br>7143540 W. Madison<br>4th Floor<br>Chicago, IL 60661 |
| Michael D. Schwitz<br>924 Harbor Dr. South<br>Venice, FL 34285 | Munsch Hardt PC<br>Attn: Kivin M. Lippman<br>500 N. Akand Street<br>Suite 3800<br>Dallas, TX 75201 |

| | |
|---|---|
| Latham & Watkins LLP<br>355 South Grand Ave.<br>Los Angeles, CA 9007 1 | Hedrick Kring, PLLC<br>c/o Mark A. Fritsche<br>1700 Pacific Avenue, Suite 4650<br>Dallas, TX 75201 |
| Avatar Investments LLC<br>20539 N. Bear Canyon Ct.<br>Surprise AZ 85387 | Joel H. Weinstein, PLLC<br>280 Armonk Road<br>Mount Kisco, NY 10549 |
| Employment Development Department<br>P.O. Box 826276<br>MIC 92E<br>Sacramento, CA 94230-6276 | US Attorney for the District of Delaware<br>Attn: Ellen W. Slights, Esq.<br>1007 N. Orange St., Ste. 700<br>Wilmington, DE 19801 |
| MATTHEW SOLEIMANPOUR, ESQ.<br>5771 LA JOLLA BLVD., STE. 4<br>LA JOLLA, CA 92037 | |

Via Electronic Mail

| | |
|---|---|
| Hannah Mufson McCollum, Esq.<br>Rosa Sierra, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | David M. Klauder, Esq.<br>Bielli & Klauder LLC<br>1204 N. King Street<br>Wilmington, DE 19801 |
| William A. Hazeltine, Esq.<br>Sullivan Hazelton Allison LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801 | William R. Moorman, Esq.<br>Murphy & King, P.C.<br>One Beacon Street, 21st Floor<br>Boston, MA 02108 |