IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AFTERMASTER, INC.,[1] <br><br> Debtor. | Chapter 11 (Subchapter V) <br><br> Case No. 20-12017-JTD |

### AFTERMASTER, INC. CASE STATUS REPORT AS OF NOVEMBER 30, 2022

Aftermaster, Inc. ("Debtor") through its undersigned counsel, hereby file this status report and respectfully states as follows:

1. On August 28, 2020 (the "Petition Date"), Aftermaster, Inc. (the "Debtor," or "Company") filed a voluntary petition for relief under chapter 11 of the Code. *See* D.I. 1.

2. On the petition, the Debtor indicated that it was "a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**." *See id*. (emphasis in original).

3. Accordingly, on August 31, 2020, the U.S. Trustee filed the *Notice of Appointment of Subchapter V Trustee* and appointed Mr. David M. Klauder ("Subchapter V Trustee"). *See* D.I. 9.

4. On September 23, 2020, the U.S. Trustee held and concluded the section 341 meeting of the creditors.

5. On April 1, 2021, the Debtor filed a motion for approval of a settlement under Federal Rule of Bankruptcy Procedure 9019 ("9019 Motion") at D. I. 110, whereby certain

---

[1] The Debtor's last four digits of its U.S. federal tax identification number are 7953. The address for the Debtor's headquarters is 6671 Sunset Blvd., Suite 1520, Los Angeles, CA 90028.

disputes with the Debtor's secured creditors were resolved. This Court granted the 9019 Motion on April 19, 2021. *See* D.I. 112. In sum, the settlement provided that one secured creditor (Auctus) would assign its claim to the other secured creditor (Avatar) in exchange for $400,000. Accordingly, the Debtor would then have only one secured creditor (Avatar) to repay under a plan with an allowed claim of $800,000. The parties also agreed to provide certain customary releases.

6. Thereafter, on April 23, 2021, the Debtor filed the Third Amended Plan. *See* D.I. 115.

7. On June 3, 2021, this Court entered the *Order Confirming Small Business Debtor's Third Amended Plan Of Reorganization Of Aftermaster, Inc.* at D.I. 130.

8. The Effective Date of the Plan occurred on July 3, 2021. D.I. 133. The Bar Date for Administrative Priority Claims and Rejection Damage Claims was August 2, 2021. *See id.*

9. The Debtor's deadline under the Plan for payment of Administrative Priority Claims was within 60 days of the Effective Date (October 1, 2021). *See* Plan Section 2.1(A). There were three administrative creditors: (1) Hover 17, LLC; (2) Bielli & Klauder, LLC and (3) Gellert Scali Busenkell & Brown, LLC.

10. Under the Plan, proposed payments thereunder would, in part, depend on "post-confirmation financing from Cowboy MD LLC to fund its operations. Cowboy MD LLC has committed to providing the Debtors with up to $1 million in post-confirmation financing on as needed basis." Third Amended Plan at Art. II.

11. After confirmation, Cowboy MD LLC informed the Debtor that it would be delayed in providing the post-petition financing. The Debtor communicated with its administrative creditors that there was going to be a delay in obtaining its post-petition financing and requested an extension to pay the administrative claims. On April 11, 2022, Cowboy MD LLC provided its

first tranche of post-petition financing for an aggregate amount of $50,000.00 which was sufficient to pay the administrative claims of Hover 17, LLC and Bielli & Klauder LLC in full and $20,000 to be applied towards the administrative claim of Gellert Scali Busenkell & Brown. On or about April 26, 2022, a second tranche of $55,000.00 was received of which approximately $20,000.00 was applied towards the plan payments due to the taxing authorities and $35,000.00 was applied towards the administrative claim of Gellert Scali Busenkell & Brown LLC. There is still $78,000.00 outstanding on the Gellert Scali Busenkell & Brown claim.

12. Cowboy MD LLC has provided some additional funding to the Debtor since the last status report and that funding was directed towards the obligations owed to the taxing authorities under the Plan. On November 23, 2022, the Debtor paid $11,560.80 to the IRS. On November 29, 2022, the Debtor paid $5,780.40 to the IRS. On November 23, 2022, the Debtor paid $985.83 to the State of California. On November 29, 2022, the Debtor paid $6,900.to the State of California. The Debtor has made the equivalent of 15 monthly payments to the IRS and the equivalent of 16 monthly payments to the State of California.

13. The Debtor will move for a final decree closing this case once the administrative claimants have been paid in full.

Dated: November 30, 2022    GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
Ronald S. Gellert (DE 4259)
1201 N. Orange St., Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: cbrown@gsbblaw.com
            rgellert@gsbblaw.com

*Attorneys for Aftermaster, Inc.*