IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 20-bk-12017 (JTD) |
| | ) | Chapter 11 |
| AFTERMASTER, INC., | ) | Judge John T. Dorsey |
| | ) | |
| Debtor. | ) | **Obj. Deadline: 01/18/2022 @ 4 PM** |
| | ) | **Hearing Date: 01/25/2022 @ 3 PM** |

**NOTICE OF THE UNITED STATES' MOTION TO CONVERT**

The United States of America, on behalf of the Internal Revenue Service, has filed the attached motion to convert.

If you disagree with the relief requested, you are required to file a response to the Motion on or before January 18, 2023 at 4:00 P.M. Any response must be in writing, filed with the Clerk of the United States Bankruptcy Court at 824 North Market Street, Third Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon counsel for the United States:

WARD W. BENSON
U.S. Department of Justice
Tax Division
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Fax: (202) 514-6866
Email: ward.w.benson@usdoj.gov

IF OBJECTIONS ARE FILED, A HEARING ON THE MOTION WILL BE HELD ON JANUARY 25, 2023 AT 3:00 P.M. BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

DATE:  January 12, 2023

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Ward W. Benson
WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-9642
Fax: (202) 514-6866
Email: ward.w.benson@usdoj.gov