# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 20-bk-12017 (JTD) |
|  | ) | Chapter 11 |
| AFTERMASTER, INC., | ) | Judge John T. Dorsey |
|  | ) |  |
| Debtor. | ) | **Related Docket No. 179** |

## DECLARATION OF SERVICE

I, William D. Sullivan, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am a member of **SULLIVAN · HAZELTINE · ALLINSON LLC**, 919 North Market Street, Suite 420, Wilmington, DE 19801.

3. On January 24, 2023, I caused one copy of the *Motion by Digital Ally, Inc. to Convert the Chapter 11 Case of Debtor Aftermaster, Inc. to a Case Under Chapter 7 of the United States Bankruptcy Code* [DI 179] to be served via Electronic Mail on the parties listed below.

Rosa Sierra-Fox
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2201
Wilmington, DE 19801
rosa.sierra-fox@usdoj.gov

Charles J. Brown, III
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange St., Ste. 300
Wilmington, Delaware 19801
cbrown@gsbblaw.com

Ward W. Benson
U.S. Department of Justice Tax Division
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
ward.w.benson@usdoj.gov

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

Date:  January 24, 2024
        Wilmington, Delaware

By:  */s/ William D. Sullivan*
      William D. Sullivan (No. 2820)