| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Aftermaster, Inc.<br>Name | EIN: | 23–2517953 |
| United States Bankruptcy Court | District of Delaware | Date case filed in chapter: | 11    8/28/20 |
| Case number: | 20–12017–JTD | Date case converted to chapter: | 7    2/3/23 |

Official Form 309D (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.** Valid picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302–573–6491).

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Aftermaster, Inc. | |
| 2. | **All other names used in the last 8 years** | fdba Studio One Media, Inc. | |
| 3. | **Address** | 6671 Sunset Blvd. Suite 1520<br>Los Angeles, CA 90028 | |
| 4. | **Debtor's attorney**<br>Name and address | Charles J. Brown III<br>Gellert Scali Busenkell & Brown LLC<br>1201 N. Orange Street<br>Suite 300<br>Wilmington, DE 19801 | Contact phone 302–425–5813<br><br>Email: cbrown@gsbblaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David W. Carickhoff<br>Archer & Greiner, P.C.<br>300 Delaware Ave, Suite 1100<br>Wilmington, DE 19801 | Contact phone 302–777–4350<br><br>Email: dcarickhoff@archerlaw.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone 302–252–2900<br><br>Date: 2/6/23 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 1, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**844 King Street, Room 3209,<br>Wilmington, DE 19801** |

**For more information, see page 2 >**

Debtor **Aftermaster, Inc.** Case number **20–12017–JTD**

| | | |
|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):** Filing deadline: 4/14/23<br><br>**Deadline for governmental units to file a proof of claim:** Filing deadline: 8/2/23<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the Delaware Bankruptcy Court's website at www.deb.uscourts.gov/claims–information or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**         page **2**

United States Bankruptcy Court
District of Delaware

In re:  
Aftermaster, Inc.  
    Debtor

Case No. 20-12017-JTD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 4  
Date Rcvd: Feb 06, 2023      Form ID: 309D      Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aftermaster, Inc., 6671 Sunset Blvd. Suite 1520, Los Angeles, CA 90028-7123 |
| aty | + | Amy A Zuccarello, Sullivan & Worcester LLP, One Post Office Square, Boston, MA 02109-2129 |
| aty | + | Carrie Thompson Jones, MacQueen & Gottlieb, PLC, Two N Central Ave, Suite 1800, Phoenix, AZ 85004-2139 |
| aty | + | Ellen Slights, DOJ-USAO, 1313 N. Market Street, Hercules Building, Wilmington, DE 19801-6101 |
| aty | + | Holly M Smith, Gellert Scali Busenkell & Brown, LLC, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801-1167 |
| aty | + | Michael T. Dyson, Sullivan & Worcester LLP, 1666 K Street, NW, 7th Floor, Washington, DC 20006-1208 |
| aty | + | Ronald S. Gellert, Gellert Scali Busenkell & Brown, LLC, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801-1167 |
| aty | + | Ward W. Benson, United States Department of Justice, Tax Division, P.O. Box 227, Ben Franklin Station Washington, DC 20044-0227 |
| aty | + | William A. Hazeltine, Sullivan Hazeltine Allinson LLC, 919 North Market Street, Suite 420, Wilmington, DE 19801-3014 |
| aty | + | William D. Sullivan, Sullivan Hazeltine Allinson LLC, 919 North Market Street, Suite 420, Wilmington, DE 19801-3014 |
| aty | + | William R. Moorman, Jr., Murphy & King, P.C., One Beacon Street, 21st Floor, Boston, MA 02108-3196 |
| tr | + | David W. Carickhoff, Archer & Greiner, P.C., 300 Delaware Ave, Suite 1100, Wilmington, DE 19801-1670 |
| cr | + | Digital Ally, Inc., Sullivan Hazeltine Allinson LLC, 3200 Swarthmore Rd., Wilmington, DE 19807-3126 |
| cr | | Employment Development Department, P.O. Box 826276, MIC 92E, Sacramento, CA 94230-6276 |
| cr | + | Hover 17, LLC, MacQueen & Gottlieb, PLC, 1 Renaissance Tower, 2 North Central Avenue, Ste 1800, Phoenix, AZ 85004-2139 |
| intp | + | Lawrence G. Ryckman, 7780 E. Vaquero Dr., Scottsdale, AZ 85258-2101 |
| intp | + | Mirella Chavez, 6323 W Desert Hills Drive, Glendale, AZ 85304-2409 |
| 15129038 | #+ | Auctus Fund LLC, 545 Boylston Street, Boston, MA 02116-3621 |
| 15170549 | + | Auctus Fund, LLC, William R. Moorman, Jr, Esq., Murphy & King, PC, One Beacon Street, 21st Floor, Boston, MA 02108-3196 |
| 15129039 | + | Bruce Pivic, 1701 Decora Drive, Rock Springs, WY 82901-4773 |
| 15129040 | + | Carebourn Capital LLC, 8700 Blackoaks Lane, North Maple Grove, MN 55311-1471 |
| 15129041 | + | Cheryl Hintzen, 1819 E. Morten Ave Suite 180, Phoenix, AZ 85020-7620 |
| 15152610 | + | Crossover Capital Fund I and Fund II, LLC, Kenneth Lustig, 3820 East Mercer Way, Mercer Island, WA 98040-3806 |
| 15129042 | + | Crossover Capital Fund, LLC I and II, 3820 E. Mercer Way, Mercer Island, WA 98040-3806 |
| 15129574 | + | Delaware State Treasury, 820 Silver Lake Blvd., Suite 100, Dover, DE 19904-2464 |
| 15169535 | + | Glenn B Hotchkiss, 16435 N. Scottsdale Rd., Suite 440, Scottsdale, AZ 85254-1754 |
| 15170257 | + | Google LLC, c/o Amy Vulpio, White and Williams LLP, 1650 Market Street, Suite 1800, Philadelphia, PA 19103-7304 |
| 15129044 | | Haynie & Company, 1785 W. 2300 S.West Valley, Salt Lake City, UT 84119 |
| 15129045 | + | Hover 17, LLC, 917 South Main Street, Suite 100, Longmont, CO 80501-6400 |
| 15169536 | + | IRA J. GAINES, 16435 N. Scottsdale Rd., Suite 440, Scottsdale, AZ 85254-1754 |
| 15129046 | + | Infinity Power and Controls, LLC, 1701 Decora Dr., Rock Springs, WY 82901-4773 |
| 15151705 | + | Intrado Digital Media LLC, 11808 Miracle Hills Dr, Omaha, NE 68154-0018 |
| 15129048 | + | Ira Gaines, 1819 Morten Avenue, Suite 180, Phoenix, AZ 85020-7620 |
| 15170573 | + | JSJ Investments Inc., Hedrick Kring, PLLC c/o Mark A. Fritsche, 1700 Pacific Avenue, Suite 4650, Dallas, TX 75201-4684 |
| 15129049 | + | JSJ Investments, Inc., 10830 North Central Expressway, Suite 152, Dallas, TX 75231-1022 |
| 15129050 | #+ | Michael D. Schwitz, 924 Harbor Dr. South, Venice, FL 34285-3123 |
| 15129051 | + | Mike and Ann Metzler, 740 Sterling Drive, Cheyenne, WY 82009-5806 |
| 15131207 | + | Munsch Hardt Kopf & Harr, P.C., Attn: Kevin M. Lippman, 500 N. Akard St., Ste. 3800, Dallas, TX 75201-6659 |
| 15129052 | + | Munsch Hardt PC, 500 N. Akand Street, Suite 3800, Dallas, TX 75201-6659 |
| 15129053 | + | Norton Rose Fulbright US LLP, 2200 Ross Avenue, Suite 3600, Dallas, TX 75201-7921 |
| 15129055 | + | Red Clover Capital LLC, 21218 St. Andrews Blvd., Suite 232, Boca Raton, FL 33433-2435 |

Case 20-12017-JTD    Doc 194    Filed 02/08/23    Page 4 of 6

| District/off: 0311-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 06, 2023 | Form ID: 309D | Total Noticed: 62 |

| | | |
|---|---|---|
| 15129056 | | Ritika Research Labs, Mumbai, India |
| 15129057 | + | Sheldon Yakus, 1778 Lantana Dr., Minden, NV 89423-5169 |
| 15129058 | + | State of California, Employment Development Dept., PO BOX 989071, West Sacramento, CA 95798-9071 |
| 15136392 | + | SteelHouse, Inc., Latham & Watkins LLP, 355 South Grand Ave., Los Angeles, CA 90071-1560 |
| 15129059 | + | Steelhouse Inc., 140 Scott Drive, Menlo Park, CA 94025-1008 |
| 15129061 | + | Trio Management, 12565 N. 91st Way, Scottsdale, AZ 85260-5038 |
| 15129062 | | West Corporation, 7143540 W. Madison, 4th Floor, Chicago, IL 60661 |
| 15129063 | + | Weststar Multimedia Entertainment, 6135 N. 7th Street, Phoenix, AZ 85014-1855 |
| 15170548 | + | William R. Moorman, Jr., Esq., Murphy & King, P.C., One Beacon Street, 21st Floor, Boston, MA 02108-3196 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: cbrown@gsbblaw.com | Feb 06 2023 19:58:00 | Charles J. Brown, III, Gellert Scali Busenkell & Brown LLC, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801 |
| intp | EDI: IRS.COM | Feb 07 2023 00:59:00 | Internal Revenue Taxes, Attn: L. Jiggetts, Bankruptcy Specialiest, 31 HHopkins Plaza, Room 1150, Baltimore, MD 21201 |
| cr | Email/Text: usade.ecfbankruptcy@usdoj.gov | Feb 06 2023 19:58:00 | United States/USAO, U.S. Attorney's Office, 1007 N. Orange Street, Suite 700, Wilmington, DE 19801 |
| 17671929 | + Email/Text: michael.brittingham@delaware.gov | Feb 06 2023 19:58:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 15345305 | EDI: EDD.COM | Feb 07 2023 00:59:00 | Employment Development Department, Bankruptcy Division MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| 15880487 | + EDI: EDD.COM | Feb 07 2023 00:59:00 | Employment Development Department, of the State of California, PO Box 826880, MIC92E, Sacramento, CA 94280-0001 |
| 15813604 | EDI: CALTAX.COM | Feb 07 2023 00:59:00 | Franchise Tax Board, Bankruptcy Section MS A340, PO BOX 2952, Sacramento, CA 95812-2952 |
| 15129054 | Email/Text: ahron@one44capital.com | Feb 06 2023 19:58:00 | Odyssey Capital Funding LLC, 1249 Broadway, Suite 103, Hewlett, NY 11557 |
| 15129575 | + Email/Text: DOSDOC_BANKRUPTCY@STATE.DE.US | Feb 06 2023 19:58:00 | Secretary of State, Division of Corporations, Franchise Tax, P.O. Box 898, Dover, DE 19903-0898 |
| 15129571 | + Email/Text: secbankruptcy@sec.gov | Feb 06 2023 19:58:00 | Securities & Exchange Commission, 100 F Street, NE, Washington, DC 20549-2001 |
| 15129572 | + Email/Text: nyrobankruptcy@sec.gov | Feb 06 2023 19:58:00 | Securities & Exchange Commission, New York Regional Office, Attn: Mark Berger, Regional Director, Brookfield Place, 200 Vesey Street, Suite 400, New York, NY 10281-5520 |
| 17671928 | + Email/Text: REV_Bankruptcy_General@state.de.us | Feb 06 2023 19:58:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15136065 | * | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15169899 | *+ | Glenn B. Hotchkiss, 16435 N. Scottsdale Rd., Ste 440, Scottsdale, AZ 85254-1754 |

| District/off: 0311-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 06, 2023 | Form ID: 309D | Total Noticed: 62 |

| | | |
|---|---|---|
| 15129047 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Department of the Treasury, 941, P.O. Box 105083, Atlanta, GA 30348 |
| 15813537 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Taxes, Attn: L. Jiggetts, Bankruptcy Specialist, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 |
| 15129573 | * | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15129043 | ##+ | GS Capital Partners LLC, 30 Broad Street, Suite 1201, New York, NY 10004-2304 |
| 15129060 | ##+ | Steelhouse, Inc., 3644 Eastham Dr., Culver City, CA 90232-2411 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:

**Name**             **Email Address**

Amy A Zuccarello
on behalf of Creditor Digital Ally  Inc. azuccarello@sullivanlaw.com, nkoslof@sullivanlaw.com,mbentley@sullivanlaw.com

Carrie Thompson Jones
on behalf of Creditor Hover 17  LLC carrie@mandglawgroup.com

Charles J. Brown, III
on behalf of Debtor Aftermaster  Inc. cbrown@gsbblaw.com

David M. Klauder
dklauder@bk-legal.com

David M. Klauder
on behalf of Trustee David M. Klauder dklauder@bk-legal.com  DE17@ecfcbis.com

David W. Carickhoff
dcarickhoff@archerlaw.com  DE20@ecfcbis.com

Ellen Slights
on behalf of Creditor United States/USAO usade.ecfbankruptcy@usdoj.gov

Hannah J McCollum
on behalf of U.S. Trustee U.S. Trustee hannah.mccollum@usdoj.gov

Holly M Smith
on behalf of Debtor Aftermaster  Inc. HMeganSmith@gsbblaw.com

Ronald S. Gellert
on behalf of Debtor Aftermaster  Inc. rgellert@gsbblaw.com

Rosa Sierra-Fox
on behalf of U.S. Trustee U.S. Trustee rosa.sierra@usdoj.gov  rosa.sierra-fox@usdoj.gov

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

Ward W. Benson
on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 06, 2023 | Form ID: 309D | Total Noticed: 62 |

William A. Hazeltine
          on behalf of Creditor Auctus Fund  LLC Bankruptcy001@sha-llc.com

William D. Sullivan
          on behalf of Creditor Digital Ally  Inc. wdsecfnotices@sha-llc.com

TOTAL: 15