IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AFTERMASTER, INC.,<br><br>      Debtor. | Chapter 7<br><br>Case No. 20-12017 (JTD) |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Michael J. Joyce and the law firm of Joyce, LLC hereby enter their appearance as counsel on behalf of Avatar Investments, LLC ("Avatar") in the above-captioned proceeding and hereby request that copies of all notices and pleadings given or filed in this case be given and and served upon the undersigned at the addresses listed below. In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

    Michael J. Joyce, Esq.
    **JOYCE, LLC**
    1225 King Street
    Suite 800
    Wilmington, DE 19801
    mjoyce@mjlawoffices.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and

whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by Avatar to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited-service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: March 7, 2023
Wilmington, DE

/s/ Michael J. Joyce
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street
Suite 800
Wilmington, DE 19801
Telephone: (302)-388-1944
mjoyce@mjlawoffices.com

*Counsel to Avatar Investments, LLC*